

11478365

US MARSHALS SERVICE NTX
FORT WORTH

2022 OCT -4 PM 2:37

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2022 SEP 28 P 12:07

DEPUTY CLERK _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:22-MJ-705 |
| JAMES STEVEN BRACKET (01) a/k/a "Cinch"; "Sinch"; "Ace" | |

## WARRANT FOR ARREST

TO: The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **JAMES STEVEN BRACKET**, also known as Cinch; Sinch and Ace, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __26__ day of September 2022.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 9-26-22 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10-03-22 B. Finney | | |



11478382

US MARSHALS SERVICE NTX
FORT WORTH

2022 OCT -4 PM 2:37

DEPUTY CLERK

2022 SEP 28 P 12:08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No. 4:22-MJ-705

SAVANNAH NICOLE HILL (05)

### WARRANT FOR ARREST

TO:   The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **SAVANNAH NICOLE HILL** and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __26__ day of September 2022.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| DATE RECEIVED: 09-26-22 | NAME AND TITLE OF ARRESTING OFFICER: B. Finna | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10-03-22 | | |



1D362196

US MARSHALS SERVICE NTX
FORT WORTH

2022 OCT -4 PM 2: 37

2022 SEP 28 P 12: 08

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:22-MJ-705 |
| MARCEL MALLORY (06) | |

### WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **MARCEL MALLORY** and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 26th day of September 2022.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 09-26-22 | NAME AND TITLE OF ARRESTING OFFICER: B. Finny | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10-03-22 | | |



**FILED**
2022 OCT -4 PM 2:36

DEPUTY CLERK _____

11478422

US MARSHALS SERVICE NTX
FORT WORTH
2022 SEP 28 P 12:08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:22-MJ-705 |
| CLINTON DAVID MCKINNEY (07) | |

## WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

  YOU ARE HEREBY COMMANDED to arrest **CLINTON DAVID MCKINNEY** and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __26__ day of September 2022.

---
**RETURN**
---

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09-26-22 | | |
| DATE OF ARREST: 10-03-22 | B. Finn | [signature] |



2022 OCT -4 PM 2: 36

DEPUTY CLERK

1147 8467

US MARSHALS SERVICE NTX
FORT WORTH

2022 SEP 28 P 12: 08

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:22-MJ-705

DANDY MERAZ ORTEGA (10)

## WARRANT FOR ARREST

TO:   The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **DANDY MERAZ ORTEGA** and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 26 day of September 2022.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09-26-22 | B. Finig | [signature] |
| DATE OF ARREST: 10-03-22 | | |



CLERK OF DISTRICT COURT
N. DIST. OF TX
FORT WORTH DIVISION
FILED

2022 OCT -4 PM 2: 36

DEPUTY CLERK _____

11478478

US MARSHALS SERVICE NTX
FORT WORTH

2022 SEP 28 P 12: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

HEATHER THOMPSON (13)

No.  4:22-MJ-705

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **HEATHER THOMPSON** and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of **21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B))**.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __26__ day of September 2022.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 09-26-22 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10-03-22 | B. Finney | [signature] |



CLERK OF DISTRICT COURT
NORTHERN DISTRICT OF TX
FORT WORTH DIVISION
FILED

2022 OCT -4 PM 2: 36

DEPUTY CLERK ____

11478483
US MARSHALS SERVICE NTX
FORT WORTH

2022 SEP 28 P 12: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-MJ-705 |
| DYLAN WOKALY (14) | |

## WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **DYLAN WOKALY**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(B)).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the __26__ day of September 2022.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09-26-22 | | |
| DATE OF ARREST: 10-03-22 | B. Finn | [signature] |