

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  No.: 4:22-CR-333-O

MARCEL MALLORY (04)

## WAIVER OF INDICTMENT

I, Marcel Mallory, the above named defendant, who is accused in the Information with the felony offense of Conspiracy to Possess with Intent to Distribute, in violation of 21 U.S.C. § 846, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Signed this 7th day of Dec., 2022.

_____          _____
MARCEL MALLORY                                            SAMUEL TERRY
Defendant                                                           Attorney for Defendant