UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                    Case No.: 4:22-CR-333-O (04)

MARCEL MALLORY

## MOTION TO APPOINT NEW COUNSEL

Defendant Marcel Mallory, pro se, hereby moves this Honorable Court for an order to appoint new counsel in the above styled and numbered cause. In support of this motion, Defendant states the following:

1. On September 26, 2022, a Criminal Complaint was filed in the Northern District of Texas - Fort Worth Division - charging Defendant with violating 21 U.S.C. §§ 841 (a)(1) & (b)(1)(B).

2. Defendant wishes to pursue his direct appeal with a new court-appointed counsel. Specifically, Defendant is dissatisfied with counsel's representation thus far and contends that counsel was ineffective and his plea was not voluntary. Consequently, Defendant's claims are now theoretically ripe for appeal and create an actual conflict of interest. Accordingly, Defendant

1 of 2

should be appointed alternate counsel to evaluate the voluntariness of Defendant's guilty plea and/or the effectiveness of counsel's representation of Defendant.

3. Defendant has previously been found to be indigent and nothing about Defendant's indigency status has changed. Accordingly, Defendant requests that he be appointed an alternate lawyer for purposes of Appeal.

WHEREFORE, Defendant prays that the Court grant this Motion to Appoint New Counsel and due to Defendant's continued indigence, appoint another lawyer to represent Defendant for purposes of Appeal in this case.

March 30, 2023

Respectfully Submitted,

*Marcel Mallory*
Marcel Mallory, Pro Se
Federal Reg. No. 56854-177

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I asked my attorney of record to file the foregoing pleading with the Clerk of Court, and that the Assistant U.S. Attorney be served a copy of the document.

*Marcel Mallory*

2 of 2

Mai o Mann, #56854-177
FMC Fort Worth
P.O. Box 15330
Fort Worth, TX 76119-0330

X-RAY

Special Mail/Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
5 APR 2023 PM 8 L

Eldon B. Mahon
Clerk of the Court
United States District Courthouse
501 West Tenth Street, Room 310
Fort Worth, TX 76102

RECEIVED
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS