```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE NORTHERN DISTRICT OF TEXAS

 3                         FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA    )    CASE NO. 4:22-CR-00333-O
                                 )
 5                               )    FORT WORTH, TEXAS
     vs.                         )
 6                               )    NOVEMBER 16, 2022
     MARCEL MALLORY              )    9:40 A.M.
 7

 8                              VOLUME 1
                       TRANSCRIPT OF ARRAIGNMENT
 9              BEFORE THE HONORABLE HAL R. RAY, JR.
                UNITED STATES MAGISTRATE COURT JUDGE
10

11   A P P E A R A N C E S:

12   FOR THE GOVERNMENT:      MICHAEL LEVI THOMAS
                              UNITED STATES DEPARTMENT OF JUSTICE
13                            NORTHERN DISTRICT OF TEXAS
                              801 Cherry Street, Suite 1700
14                            Fort Worth, Texas  76102-6882
                              Telephone:  817.252.5200
15

16   COURT REPORTER:          MONICA WILLENBURG GUZMAN, CSR, RPR
                              501 W. 10th Street, Room 310
17                            Fort Worth, Texas  76102
                              Telephone:  817.850.6681
18                            E-Mail: mguzman.csr@yahoo.com

19


20   Proceedings reported by mechanical stenography, transcript
     produced by computer.
21

22

23

24

25
```

```
 1                         INDEX
 2                                         PAGE   VOL.
 3
 4    Appearances ................................3      1
 5
 6    Indictment Read ............................3      1
 7
 8    Not Guilty Plea ............................4      1
 9
10    Proceedings Adjourned ......................5      1
11
12    Reporter's Certificate .....................6      1
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2                  (November 16, 2022, 9:40 a.m.)
 3            THE COURT:  The Court calls for arraignment Cause
 4   Number 4:22-CR-333-O-4, United States of America vs. Marcel
 5   Mallory.
 6            Mr. Mallory --
 7            THE DEFENDANT:  Yes, sir.
 8            THE COURT:  -- I understand that your attorney,
 9   Mr. Sam Terry, has had a family emergency and he's not able to
10   be here to stand with you for your entering a plea of not
11   guilty.  But you can go ahead and still plead not guilty --
12            THE DEFENDANT:  Okay.
13            THE COURT:  -- after the Government reads the
14   indictment in this case.
15            So, Mr. Thomas, would you please read the indictment
16   against Mr. Mallory.
17            MR. THOMAS:  Yes, Your Honor.
18            The Grand Jury charges Count 1, conspiracy to
19   possess with intent to distribute a controlled substance, in
20   violation of 21 U.S.C., Section 846.
21            Beginning in or before December 2021, and continuing
22   until in and around August 2022, in the Fort Worth Division of
23   the Northern District of Texas, and elsewhere, defendants
24   Danny Paul Dittoe, Justin Michael Florence, also known as
25   Trip, Jacques Elliott Gilbert, also known as Lancaster Boi,
```

```
1    Plug and Stinky, Marcel Mallory, Jose Mendez-Mendoza, also
2    known as Webo, Samantha Mendoza, Dale Wade Romine, Jr., also
3    known as Scooter, and Matthew Sanders, along with others known
4    and unknown, did knowingly and intentionally combine,
5    conspire, confederate and agree to engage in conduct in
6    violation of 21 United States Code, Sections 841(a)(1) and
7    (b)(1)(A), namely to possess with intent to distribute
8    500 grams or more of a mixture or substance containing a
9    detectable amount of methamphetamine, a Schedule II controlled
10   substance, in violation of 21 U.S.C., Section 846 and 21
11   U.S.C., Sections 841(a)(1) and (b)(1)(A).
12              THE COURT:  Mr. Mallory, a plea of not guilty will
13   be entered on your behalf on all charges.
14              Your case is set for trial on December 27, 2022, at
15   9:00 a.m., in this courtroom, before the Honorable Reed
16   O'Connor, United States District Judge.
17              Judge O'Connor will enter a scheduling order.
18   Mr. Terry will get a copy of that order and I'm sure he'll go
19   over it with you, so you'll be reminded when your case is set
20   for trial and what has to be done between now and then.
21              THE DEFENDANT:  All right.
22              THE COURT:  You're in the custody of the United
23   States Marshal and it's appropriate that you remain in that
24   custody pending your trial setting.
25              Thank you, Mr. Mallory.  We'll be in recess in your
```

1    case at this time.
2                    *(Proceedings Adjourned)*

REPORTER'S CERTIFICATE

I, Monica Willenburg Guzman, CSR, RPR, certify that the foregoing is a true and correct transcript from the record of proceedings in the foregoing entitled matter.

I further certify that the transcript fees format comply with those prescribed by the Court and the Judicial Conference of the United States.

Signed this 22nd day of May, 2023.

/s/Monica Willenburg Guzman
Monica Willenburg Guzman, CSR, RPR
Texas CSR No. 3386
Official Court Reporter
The Northern District of Texas
Fort Worth Division

CSR Expires:        7/31/2023

Business Address:   501 W. 10th Street, Room 310
                    Fort Worth, Texas  76102

Telephone:          817.850.6681

E-Mail Address:     mguzman.csr@yahoo.com

MR. THOMAS: [1] 3/17
THE COURT: [5] 3/3 3/8 3/13 4/12 4/22
THE DEFENDANT: [3] 3/7 3/12 4/21

**/**
/s/Monica [1] 6/11

**1**
10th [2] 1/16 6/16
16 [2] 1/6 3/2
1700 [1] 1/13

**2**
2021 [1] 3/21
2022 [4] 1/6 3/2 3/22 4/14
2023 [2] 6/9 6/15
21 [4] 3/20 4/6 4/10 4/10
22nd [1] 6/9
27 [1] 4/14

**3**
310 [2] 1/16 6/16
3386 [1] 6/12

**4**
4:22-CR-00333-O [1] 1/4
4:22-CR-333-O-4 [1] 3/4

**5**
500 [1] 4/8
501 [2] 1/16 6/16

**6**
6882 [1] 1/14

**7**
7/31/2023 [1] 6/15
76102 [2] 1/17 6/16
76102-6882 [1] 1/14

**8**
801 [1] 1/13
817.252.5200 [1] 1/14
817.850.6681 [2] 1/17 6/17
841 [2] 4/6 4/11
846 [2] 3/20 4/10

**9**
9:00 [1] 4/15
9:40 [2] 1/6 3/2

**A**
a.m [3] 1/6 3/2 4/15
able [1] 3/9
Address [2] 6/16 6/18
Adjourned [1] 5/2
after [1] 3/13
against [1] 3/16
agree [1] 4/5
ahead [1] 3/11
all [2] 4/13 4/21
along [1] 4/3
also [4] 3/24 3/25 4/1 4/2
AMERICA [2] 1/4 3/4
amount [1] 4/9
appropriate [1] 4/23
around [1] 3/22
arraignment [2] 1/8 3/3
attorney [1] 3/8
August [1] 3/22

**B**
be [5] 3/10 4/13 4/19 4/20 4/25
before [3] 1/9 3/21 4/15
Beginning [1] 3/21
behalf [1] 4/13
between [1] 4/20
Boi [1] 3/25
Business [1] 6/16

**C**
calls [1] 3/3
can [1] 3/11
case [5] 1/4 3/14 4/14 4/19 5/1
Cause [1] 3/3
CERTIFICATE [1] 6/1
certify [2] 6/3 6/6
charges [2] 3/18 4/13
Cherry [1] 1/13
Code [1] 4/6
combine [1] 4/4
comply [1] 6/7
computer [1] 1/20
conduct [1] 4/5
confederate [1] 4/5
Conference [1] 6/8
conspiracy [1] 3/18
conspire [1] 4/5
containing [1] 4/8
continuing [1] 3/21
controlled [2] 3/19 4/9
copy [1] 4/18
correct [1] 6/4
Count [1] 3/18
COURT [6] 1/1 1/9 1/16 3/3 6/7 6/12
courtroom [1] 4/15
CR [2] 1/4 3/4
CSR [5] 1/16 6/3 6/11 6/12 6/15
custody [2] 4/22 4/24

**D**
Dale [1] 4/2
Danny [1] 3/24
day [1] 6/9
December [2] 3/21 4/14
defendants [1] 3/23
DEPARTMENT [1] 1/12
detectable [1] 4/9
did [1] 4/4
distribute [2] 3/19 4/7
DISTRICT [6] 1/1 1/2 1/13 3/23 4/16 6/13
Dittoe [1] 3/24
DIVISION [3] 1/3 3/22 6/13
done [1] 4/20

**E**
E-Mail [2] 1/18 6/18
Elliott [1] 3/25
elsewhere [1] 3/23
emergency [1] 3/9
engage [1] 4/5
enter [1] 4/17
entered [1] 4/13
entering [1] 3/10
entitled [1] 6/5
Expires [1] 6/15

**F**
family [1] 3/9
fees [1] 6/6
Florence [1] 3/24
foregoing [2] 6/4 6/5
format [1] 6/6
FORT [7]
further [1] 6/6

**G**
get [1] 4/18
Gilbert [1] 3/25
go [2] 3/11 4/18
GOVERNMENT [2] 1/12 3/13
grams [1] 4/8
Grand [1] 3/18
guilty [3] 3/11 3/11 4/12
GUZMAN [4] 1/16 6/3 6/11 6/11

**H**
had [1] 3/9
HAL [1] 1/9
has [2] 3/9 4/20
he'll [1] 4/18
he's [1] 3/9
here [1] 3/10
Honor [1] 3/17
HONORABLE [2] 1/9 4/15

**I**
I'm [1] 4/18
II [1] 4/9
INDEX [1] 1/22
indictment [2] 3/14 3/15
intent [2] 3/19 4/7
intentionally [1] 4/4
is [3] 4/14 4/19 6/4
it [1] 4/19
it's [1] 4/23

**J**
Jacques [1] 3/25
Jose [1] 4/1
JR [2] 1/9 4/2
JUDGE [3] 1/9 4/16 4/17
Judicial [1] 6/7
Jury [1] 3/18
JUSTICE [1] 1/12
Justin [1] 3/24

**K**
knowingly [1] 4/4
known [5] 3/24 3/25 4/2 4/3 4/3

**L**
Lancaster [1] 3/25
LEVI [1] 1/12

**M**
MAGISTRATE [1] 1/9
Mail [2] 1/18 6/18
MALLORY [7]
MARCEL [3] 1/6 3/4 4/1

## M

Marshal [1] 3/23
matter [1] 6/5
Matthew [1] 4/3
May [1] 6/9
mechanical [1] 1/20
Mendez [1] 4/1
Mendez-Mendoza [1] 4/1
Mendoza [2] 4/1 4/2
methamphetamine [1] 4/9
mguzman.csr [2] 1/18 6/18
MICHAEL [2] 1/12 3/24
mixture [1] 4/8
MONICA [4] 1/16 6/3 6/11 6/11
more [1] 4/8
Mr [7]

## N

namely [1] 4/7
NO [2] 1/4 6/12
NORTHERN [4] 1/2 1/13 3/23 6/13
not [4] 3/9 3/10 3/11 4/12
NOVEMBER [2] 1/6 3/2
now [1] 4/20
Number [1] 3/4

## O

O'Connor [2] 4/16 4/17
Official [1] 6/12
Okay [1] 3/12
order [2] 4/17 4/18
others [1] 4/3

## P

PAGE [1] 2/2
Paul [1] 3/24
pending [1] 4/24
plea [2] 3/10 4/12
plead [1] 3/11
please [1] 3/15
Plug [1] 4/1
possess [2] 3/19 4/7
prescribed [1] 6/7
proceedings [3] 1/20 5/2 6/5
produced [1] 1/20

## R

RAY [1] 1/9
read [1] 3/15
reads [1] 3/13
recess [1] 4/25
record [1] 6/5
Reed [1] 4/15
remain [1] 4/23
reminded [1] 4/19
reported [1] 1/20
REPORTER [2] 1/16 6/12
REPORTER'S [1] 5/3
right [1] 4/21
Romine [1] 4/2
Room [2] 1/16 6/16
RPR [3] 1/16 6/3 6/11

## S

Sam [1] 3/9
Samantha [1] 4/2
Sanders [1] 4/3
Schedule [1] 4/9
scheduling [1] 4/17
Scooter [1] 4/3
Section [2] 3/20 4/10
Sections [2] 4/6 4/11
set [2] 4/14 4/19
setting [1] 4/24
Signed [1] 6/9
sir [1] 3/7
stand [1] 3/10
STATES [9]
stenography [1] 1/20
still [1] 3/11
Stinky [1] 4/1
Street [3] 1/13 1/16 6/16
substance [3] 3/19 4/8 4/10
Suite [1] 1/13
sure [1] 4/18

## T

Telephone [3] 1/14 1/17 6/17
Terry [2] 3/9 4/18
TEXAS [9]
Thank [1] 4/25
that [6] 3/8 4/18 4/23 4/23 6/4 6/6
then [1] 4/20
this [4] 3/14 4/15 5/1 6/9
THOMAS [2] 1/12 3/15
those [1] 6/7
time [1] 5/1
transcript [4] 1/8 1/20 6/4 6/6
trial [3] 4/14 4/20 4/24
Trip [1] 3/25
true [1] 6/4

## U

U.S.C [3] 3/20 4/10 4/11
understand [1] 3/8
UNITED [9]
unknown [1] 4/4
until [1] 3/22

## V

violation [3] 3/20 4/6 4/10
VOL [1] 2/2
VOLUME [1] 1/8
vs [2] 1/5 3/4

## W

Wade [1] 4/2
We'll [1] 4/25
Webo [1] 4/2
what [1] 4/20
when [1] 4/19
will [3] 4/12 4/17 4/18
WILLENBURG [4] 1/16 6/3 6/11 6/11
WORTH [7]
would [1] 3/15

## Y

yahoo.com [2] 1/18 6/18
Yes [2] 3/7 3/17
you [6] 3/10 3/11 3/15 4/19 4/23 4/25
you'll [1] 4/19
You're [1] 4/22
your [8]