1               IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF TEXAS

3                      FORT WORTH DIVISION

4

5    UNITED STATES OF AMERICA, ) CASE NO. 4:22-cr-00333-O-4
                               )
6         Government,          ) FORT WORTH, TEXAS
                               )
7    VS.                       ) MARCH 31, 2023
                               )
8    MARCEL MALLORY,           )
                               )
9         Defendant.           ) 9:18 A.M.

10

11                      VOLUME 1 of 1
                  TRANSCRIPT OF SENTENCING
12         BEFORE THE HONORABLE REED C. O'CONNOR
              UNITED STATES DISTRICT COURT JUDGE

13

14

15   A P P E A R A N C E S:

16   FOR THE GOVERNMENT: MR. SHAWN SMITH
                         ASSISTANT U.S. ATTORNEY
17                       NORTHERN DISTRICT OF TEXAS
                         801 Cherry Street, Suite 1700
18                       Fort Worth, Texas  76102
                         Telephone:  817.252.5200

19

20   FOR THE DEFENDANT:  MR. SAMUEL TERRY
                         LAW OFFICE OF SAMUEL TERRY
21                       115 North Henderson Street
                         Fort Worth, Texas  76102
22                       Telephone:  817.882.9977

23

24

25

```
 1

 2   COURT REPORTER:        ZOIE M. WILLIAMS, RMR, RDR, FCRR
                            United States Federal Court Reporter
 3                          501 W. 10th Street, Room 523
                            Fort Worth, Texas  76102
 4                          zwilliams.rmr@gmail.com
                            817.850.6630
 5

 6

 7

 8        The above styled and numbered cause was reported by

 9   computerized stenography and produced by computer.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                                      I N D E X

3    Argument on objections –

4         By Mr. Terry...............................05

5         By the Defendant...........................05

6         By Mr. Smith...............................07

7    Government's witness –

8    Brian Finney –

9    Direct Examination by Mr. Smith.................09

10   Cross-Examination by Mr. Terry..................12

11   Defendant's witness –

12   Marcel Mallory –

13   Direct Examination by Mr. Terry.................18

14   Cross-Examination by Mr. Smith..................21

15   Ruling by the Court on objections...............25

16   Statements on Sentencing

17        By Mr. Smith...............................27

18        By Mr. Terry...............................27

19        By the Defendant...........................28

20   Sentence of the Court...........................29

21   Government's Motion to Dismiss..................31

22   Court's Ruling..................................31

23   Reporter's Certificate..........................33

24   Word Index......................................34

25

```
 1              P R O C E E D I N G S

 2                   MARCH 31, 2023

 3                        oOo

 4           THE COURT:  I call now Case No. 4:22-cr-333, the

 5   United States vs. Marcel Mallory.

 6           Counsel for the government is here.

 7           Counsel for the defendant is here.

 8           Sir, would you state your name for the record,

 9   please?

10           THE DEFENDANT:  Marcel Mallory.

11           THE COURT:  Thank you, sir.  We are here to

12   consider the sentencing in your case.

13           Counsel, did you receive a copy of the presentence

14   investigation report?

15           MR. TERRY:  We did, your Honor.

16           THE COURT:  And did you review that with your

17   client?

18           MR. TERRY:  I did, your Honor.

19           THE COURT:  Did the government receive these, this

20   document as well?

21           THE DEFENDANT:  Your Honor, can I address the

22   Court, please, sir?

23           THE COURT:  Hold on.  Hold on one second.

24           Do you want to talk to him before he says

25   anything?
```

1          MR. TERRY:  Yes.  One moment, your Honor.

2          (An off-the-record discussion was had between the

3      defendant and his attorney.)

4          MR. TERRY:  Your Honor, my client would like to

5  renew request for a motion that we filed regarding a

6  continuance of sentencing for two reasons.  One reason I

7  stated in the sealed motion.

8          Second, it has come to his attention that there

9  may be other objections that were not filed in this case.

10  He's apparently met with an attorney, or maybe he's met with

11  someone who has some legal knowledge, has drafted several

12  motions just this last evening, I think he has several over

13  there he would like to pursue, by way of objections, I'm

14  assuming.

15          THE COURT:  Okay.  What objections would you like

16  to present?

17          THE DEFENDANT:  Well, first of all, I wanted a

18  continuance just based on the fact that I just got my PSR on

19  Monday.  You know, I only had it for four days.  I didn't

20  have a chance to really review it.  I mean, he just -- I

21  mean, and I also have an objection to the PSR.

22          MR. TERRY:  He's got his physical copy.  We have

23  reviewed the PSR at length for over two hours specifically

24  on the PSR.  No objections were noted.  No legal objections

25  coming from my side of it.

```
1              He has received some information in the past day

2    or two that now warrants, he believes, some actual

3    objections, because apparently FCI is not friendly with

4    having your PSR in your --

5              THE COURT:  Right.  Right.  I mean, you really

6    aren't supposed to have your PSR, a physical copy of your

7    PSR.  You are to meet with your lawyer.  He's to show it to

8    you, and you can review it and spend two hours, or however

9    long you need with your lawyer, but you're not supposed to

10   be able to take your PSR and have your PSR on your own in

11   prison.  Be that as it may -- be that as it may, go ahead

12   and tell me what objections you have.

13             THE DEFENDANT:  Okay.  On my PSR on page 6,

14   paragraph 11, it states that Heather Thompson, on four

15   different occasions, purchased 56-ounce quantities from me

16   for a total of 224 ounces or 6,353 grams of meth.

17             And after each transaction, she distributed 52

18   ounces to Brad Roberts.  But that contradicts Heather

19   Thompson's own statement about these transactions in her

20   interview with the DEA on 9-14-22 where she stated that the

21   most meth she ever received from me was 52 ounces on only

22   one occasion.

23             And that Brad Roberts wanted the 52 ounces because

24   he had a client that he needed -- he needed the 52 ounces.

25   So that only happened one time, not four.  Somehow the PSR
```

1    writer times'd it by four, when it was only actually one

2    instance that it occurred.

3              THE COURT:  Okay.  Okay.  All right.  So what

4    other objections?

5              THE DEFENDANT:  I'm not sure about this.  I'm a

6    little bit nervous.  I'm sorry.  I'm not a lawyer.

7              But on the controlled drug weight, okay, it's got

8    me at 220-something-thousand grams.  When, from what I

9    understood, the ghost dope weight is supposed to be measured

10   in two kilograms for every gram, and then the actual is

11   supposed to be 20 kilograms for every gram.

12             THE COURT:  Okay.

13             THE DEFENDANT:  And they combined both of them

14   together and then charged me with 20 kilograms for all of

15   it, for the ghost dope, the 10-point-something kilos, they

16   charged me, so it came out to 220-some-thousand.  It was

17   supposed to not be nearly that much.

18             THE COURT:  So drug amounts?

19             THE DEFENDANT:  Yeah.

20             THE COURT:  All right.

21             THE DEFENDANT:  The controlled drug weight.

22             THE COURT:  And what other objections do you have?

23             THE DEFENDANT:  That's it.  I'm sorry.

24             THE COURT:  Okay.  So it appears as if the

25   government has brought a witness from the DEA to testify.

```
1            So, Mr. Smith, I will ask you, do you have an

2    agent here to testify to -- it sounds as if specifically, to

3    paragraph 11, drug transactions, and the accuracy of that

4    information contained in paragraph 11 on page 6.

5            MR. SMITH:  Yes, your Honor.  I don't think --

6    however, I don't think agent testimony is necessary.  I can

7    clarify it.  Ms. Thompson made multiple statements to the

8    DEA.  The first one required --

9            THE COURT:  Say that one more time.  Multiple

10   statements what?

11           MR. SMITH:  She had multiple proffer interviews

12   with the agent.

13           THE COURT:  I see.

14           MR. SMITH:  And so, the agent went back -- Agent

15   Finney went back several times and others to clarify some

16   things with Miss Thompson and others, not just

17   Miss Thompson.

18           In relation to this particular event, paragraph

19   11, and that particular interview that the defendant is

20   referencing, she said, yes, she did the one, 56-ounce

21   transaction.

22           THE COURT:  Let me stop you there, because it does

23   appear to me sitting here, now Mr. Mallory has raised an

24   issue to the accuracy of that.  So I think it would be

25   better to hear --
```

```
 1              MR. SMITH:  Okay.

 2              THE COURT:  -- testimony from the agent on the

 3   information that exists so I can determine what I think to

 4   be reliable or unreliable as it relates to those drug

 5   transactions.

 6              MR. SMITH:  Yes, your Honor.  The government would

 7   call Agent Finney.

 8              THE COURT:  Sir, would you raise your hand to be

 9   sworn, please.

10        (The oath was administered.)

11              AGENT FINNEY:  Yes, I do.

12              THE COURTROOM DEPUTY:  Thank you, sir.

13                        DIRECT EXAMINATION

14   BY MR. SMITH:

15        Q.   Will you please state your name?

16        A.   My name is Brian Finney.

17        Q.   And your current occupation?

18        A.   I am a special agent with the Drug Enforcement

19   Administration, currently assigned to the Fort Worth, Texas,

20   office.

21        Q.   You are one of the case agents in this case; is

22   that right?

23        A.   Yes, I am.

24        Q.   And you've been in the courtroom to hear some of

25   the discussion?
```

1      A.   Yes.

2      Q.   All right.  And specifically, as it relates to

3  Miss Thompson and the information she provided about

4  Mr. Mallory, can you explain that for us?

5      A.   Yes, I can.  The information that was provided in

6  September of 2022 was following her arrest by the Erath

7  County Sheriff's Office and the Stephenville Police

8  Department.  She was stopped on a traffic stop and found to

9  be in possession of a large amount of methamphetamine.

10         Later that next morning, we went and spoke to her,

11  trying to clarify specifically where the narcotics had come

12  from.  We had been monitoring a phone ping and knew that she

13  had traveled to the area of Marcel Mallory's apartment.

14         We had become aware that Mr. Mallory had recently

15  changed apartments.  So that was the reason we were speaking

16  to her.

17         Obviously, it was a post-arrest statement.  She

18  waived her Miranda.  She was still a little bit hesitant to

19  talk to us that day.  I asked her specifically what the

20  largest transaction she had done with Mr. Mallory was.  She

21  indicated 52 ounces, and that the methamphetamine had gone

22  to Brad Roberts, that Brad had a customer.

23         Later, on multiple occasions --

24      Q.   Well, as part of that post-arrest statement, did

25  she say that she was essentially middling a deal for

1    52 ounces, and then got four herself from Mallory?

2         A.   I don't know that she said that the first time.

3         Q.   Okay.

4         A.   Obviously, I was unaware of these objections, but

5    she said that the largest transaction she had done was

6    52 ounces.  I believe that's how she stated it.

7              Again, after she was brought into federal custody,

8    more thorough interviews were done with her, where she

9    indicated that there were multiple occasions, I believe at

10   least four, where she traveled to Fort Worth and picked up

11   56-ounce quantities.

12             Basically, she took the money that was provided to

13   her by Brad Roberts and his customer, took that to

14   Mr. Mallory.  And based on that amount of money, she was

15   able to get the 52 that the customer wanted, on top of that,

16   because of the price break, she was able to get four

17   additional ounces for herself.  So she would keep four and

18   move the 52 to Brad and to his customer.

19             That information has been corroborated by proffer

20   interviews with Brad Roberts where he has identified the

21   customer who was receiving those quantities.  He

22   corroborates multiple 52-ounce transactions that came from

23   Heather, which came from Marcel to his customer.

24        Q.   And on the day of her arrest back in

25   September 2022 --

1          Is that right, that was approximately the date of

2    her arrest?

3          A.   Yes.

4          Q.   How much methamphetamine did she have with her

5    that day?

6          A.   She had -- it was over 100 grams.  I don't

7    specifically remember how much, but she had over 100 grams

8    of methamphetamine in a lockbox in her vehicle.

9          Q.   So around four ounces?

10         A.   Yes.

11         Q.   Okay.  So that tended also to corroborate kind of

12   her version of events as it relates to Mr. Mallory?

13         A.   Yes.

14         Q.   And Miss Thompson has been a credible and reliable

15   source of information; is that right?

16         A.   Yes.  We have interviewed her several times since

17   she has been in custody, and I would deem her reliable and

18   credible.

19              MR. SMITH:  Okay.  No more questions, your Honor.

20                       CROSS-EXAMINATION

21   BY MR. TERRY:

22         Q.   Agent Finney, once you met with Miss Roberts [sic]

23   the first time, she was placed into custody, read her

24   rights, and she gave a statement, correct?

25         A.   I just want to clarify, not Mrs. Roberts.  It's

1    Mrs. Thompson.

2         Q.   Miss Thompson.  Heather Thompson.

3         A.   That's okay.

4         Q.   Thank you.

5         A.   She was arrested in September, very late on the

6    13th, or early on the 14th, I believe.  We talked to her

7    that night, went back the following morning and spoke to

8    her, and she made a statement both times.

9         Q.   And she indicated she had never purchased any more

10   than 52 ounces from Marcel Mallory; is that correct?

11        A.   On that occasion, she said --

12        Q.   It's a yes or no?

13        A.   Well, I didn't ask the question like that.

14        Q.   I'm asking you the question.

15        A.   Will you ask it again, please?

16        Q.   Yes.

17             On that date did Miss Mallory -- I'm sorry,

18   Mrs. Thompson indicate that she had never purchased any more

19   than 52 ounces from Marcel Mallory?

20        A.   Yes.

21        Q.   Later she is placed into federal custody at some

22   point, correct?

23        A.   Correct.

24        Q.   Okay.  And you had the occasion then at that point

25   to meet with her, you personally, correct?

1          A.   Yes.

2          Q.   Okay.  And did she agree to a proffer statement?

3          A.   Yes.

4          Q.   And the nature of her proffer statement is, if you

5     give truthful, credible, actionable testimony, then you get

6     a deal, correct?

7          A.   No.  So the answer to your question is no.

8               Can I expound upon that?

9          Q.   Yes.

10         A.   The purpose of a proffer statement is to provide

11    information in a manner that will not incriminate yourself,

12    in a way that we can, as investigators, attempt to take that

13    information and further our investigations.

14         Q.   Okay.  And usually that results, if the

15    intelligence is actionable, credible, that will result in

16    a -- what we all know is a 5K1 departure motion, which is

17    filed by the United States Attorney's office which affects

18    the defendant's sentencing, correct?

19         A.   There are multiple questions in there.

20         Q.   Does a proffered statement, if it's truthful and

21    credible, usually result in a downward departure, or less of

22    a sentence for a defendant, if it's credible?

23         A.   No, it does not usually mean that.  No, it does

24    not.

25         Q.   Okay.  So --

1      A.   Listen, a defendant can receive a reduction based

2   on a proffer, but we want to be very specific here.  So it

3   does not usually do that.

4      Q.   Okay.

5      A.   Occasionally.  I would say that there are many

6   defendants in this hearing now that have given proffer

7   statements that are not receiving a 5K.  So I can't say

8   usually it does.

9      Q.   Well, one would usually in a situation, would you

10  think, if it's fair, that they would hope to get a reduction

11  in their sentence by helping the federal government?

12     A.   Absolutely.

13     Q.   Okay.  And therefore, they would be a bit more apt

14  to embellish or to lay out a bigger case than sometimes

15  doesn't exist?

16     A.   That does happen.  But it's our job as

17  investigators to take the information and look at all the

18  evidence that we have, whether that be phone analysis, phone

19  dumps from people's cell phones, information we receive from

20  other defendants, we are then to decipher if the information

21  being told to us is true and accurate and correct.

22     Q.   But in this case, Mr. Mallory's case, we have a

23  statement from Heather Thompson indicating not more than

24  52 ounces.  She is then later placed into custody, federal

25  custody, under a proffer agreement, and then magically, she

1    comes up with numerous occasions she meets with Mr. Mallory

2    and places a lot more of what we all, sort of a misnomer,

3    but we all say ghost dope appears on his PSR, is that kind

4    of what happened here?

5         A.   She was interviewed following her arrest in Erath

6    County and made a statement.  I believe a lot of the

7    information she told us that day has proven to be true and

8    credible based on the fact that we were able to locate

9    Mr. Mallory's new apartment and get him into custody.

10        Q.   Okay.  And you say "a lot of that information" she

11   provided turned out to be correct.

12             What information did she provide that turned out

13   to be not correct?

14        A.   I would say none.  But what I was saying is there

15   was some information that was provided that we haven't

16   proven either way.  I'm just saying, a lot of what she has

17   told us, we have been able to prove to be correct.

18        Q.   Is it possible that any amount over the 52 ounces

19   could be in that category of not having proved it either

20   way?

21        A.   No.  Based on the fact that we have interviewed

22   and corroborated that information with the other individual

23   involved in these transactions, Brad Roberts.

24        Q.   And has Brad Roberts agreed to proffer and

25   receive --

```
 1              Well, has he agreed to truthfully, accurately

 2   provide information to the federal government so that you

 3   can further your investigation?

 4        A.   Mr. Roberts has signed a proffer agreement and has

 5   participated in multiple proffer interviews, yes.

 6        Q.   With hopes of a downward departure or a reduction

 7   in sentence?

 8        A.   Yes.  Absolutely.

 9        Q.   Absolutely.

10             MR. TERRY:  Pass the witness, your Honor.

11             THE COURT:  Anything else?

12             MR. SMITH:  No, your Honor.

13             THE COURT:  Okay.  You may step down.

14             AGENT FINNEY:  Thank you, Judge.

15             MR. SMITH:  May I just have a minute, your Honor?

16             THE COURT:  Yes.

17        (An off-the-record discussion was had between the

18        attorneys.)

19             MR. TERRY:  Your Honor, may I approach?

20        (An off-the-record sidebar was had.)

21             THE COURT:  Okay.  Do you have any witnesses you

22   would like to call, Mr. Terry?

23             MR. TERRY:  Judge, may I have one second?  I would

24   like to speak to my client.

25                  THE COURT:  Yes.
```

1           (An off-the-record discussion was had between the

2      defendant and his attorney.)

3           MR. TERRY:  Your Honor, my client has indicated he

4   wants to testify against counsel's advice.  So I guess would

5   the Court place him under oath?

6           THE COURT:  Okay.  Yes.

7           Would you raise your hand to be sworn, please?

8      (The defendant was sworn in.)

9           THE DEFENDANT:  Yes, ma'am.

10          THE COURT:  Okay.  Very good.

11                          DIRECT EXAMINATION

12   BY MR. TERRY:

13       Q.   Mr. Mallory, you've obviously been present in

14   court and overheard the discussion, the questions with Agent

15   Brian Finney, who's present, sitting right in front of you,

16   you indicated that a statement made by -- any statement made

17   by Heather Thompson, other than the 52 ounces, would be a

18   lie; is that correct?

19       A.   Repeat the question, please.

20       Q.   Sure.

21          You sold 52 ounces of methamphetamine to Heather

22   Thompson?

23       A.   Yes, on one occasion.  One time.

24       Q.   Okay.  Did you ever, on any occasion, have drug

25   interactions with Heather Thompson?

1     A.   Yes.

2     Q.   And what would those be and to what amounts?

3     A.   They were smaller amounts.  A lot smaller amounts,

4  like two to four-ounce amounts.  You know, like smaller

5  amounts.

6     Q.   What is the total amount that you delivered to

7  Heather Thompson?

8     A.   I met with her approximately maybe 15 times total,

9  where in this particular -- in that report she said that I

10 met with her, like, 80 times over a 10-month period, which

11 is completely ridiculous.

12        I only met up with her 15 times.  And they were

13 small quantities of maybe two to four ounces.  And there was

14 that one time for 52 ounces.  And that's why in the PSR,

15 when it said it was four times, 56 ounces, and then Bradley

16 Roberts took 52 ounces each time.

17        That doesn't even make any sense, because it's

18 such an uneven amount.  Nobody would do 52 ounces four

19 times, because nobody sells -- nobody would sell it like

20 that.  It's just not -- it wouldn't happen like that.  It

21 was just a one-time thing.  It was just a one-time

22 transaction.

23        They're trying to turn it into four transactions

24 for 56 ounces, which that's 6,000-something grams compared

25 to 1,400-something grams that I actually -- I only sold her

```
1    1,460 grams, not 6,500 grams, and that makes a huge

2    difference.

3         Q.   So again, we need a number.  What was the number

4    you just indicated?

5              Guidelines are based on your offense level as we

6    discussed --

7         A.   Yeah.  So --

8         Q.   -- ad nauseam?

9         A.   -- what I'm saying is, if they ruled in my favor

10   on this, then it would drop six kilos off of the 10 kilos

11   that she's putting on me, you know.  And that's what I'm

12   saying.  This is only happened one time for 52 ounces.  It

13   did not happen four times for 56 ounces.

14             You know, that's a huge difference.  It drops six

15   kilos off of the weight of the ghost dope that she's putting

16   on me for something that never happened.  It never happened.

17        Q.   So you believe your offense level should be

18   calculated using four kilograms of methamphetamine?

19             Help me understand that.

20        A.   Where did you get four kilograms from?

21        Q.   I'm asking you what should be --

22             THE COURT:  It should be reduced by six kilos.

23             THE DEFENDANT:  Reduced by six.

24   BY MR. TERRY

25        Q.   Reduced by six?
```

1    A.   Because if, in fact, the Judge rules in my favor,

2    then you have to subtract.  Okay.  What it comes out to is

3    4,900.  You have to subtract 4,900 grams.

4         Okay.  And then in controlled drug weight, that

5    would be, you double that, and that would come off the 10

6    kilos that she's saying that I sold her.

7         So, I mean, it would take almost six kilos off of

8    the 10 kilos that I sold her if he ruled in my favor on

9    this.  That's what I'm saying.  I only sold her 52 ounces

10   one time.

11   BY MR. TERRY:

12        Q.   Okay.

13        A.   I did not sell her 56 ounces four times.  That

14   never happened.

15        MR. TERRY:  Okay.  I pass the witness, your Honor.

16        THE COURT:  Mr. Smith, any questions?

17                    CROSS-EXAMINATION

18   BY MR. SMITH:

19        Q.   So Miss Thompson was arrested in September of

20   2022, when did you first start dealing with her?

21        A.   I'd say around January of -- January of '22.  I

22   only messed with drugs for 10 months, in a ten-month period,

23   from January to October.

24        Q.   All right.  And so, during that time frame, you

25   said.  So for that 10-month time frame, you had a drug

```
 1    relationship with Ms. Thompson; is that right?

 2         A.   Yes, sir.

 3         Q.   And you gave drugs to her, and she paid you money?

 4         A.   Yes, sir.

 5         Q.   And did you front her, or was it cash and carry?

 6         A.   She always had cash.

 7         Q.   All right.  Did you ever front her any drugs?

 8         A.   No.

 9         Q.   All right.  So what was the most you ever gave

10    her, besides that 52 ounces, do you think?  Do you recall?

11         A.   I can't really rightly recall, but I think the

12    most I ever gave her was a quarter pound, which is four

13    ounces.  They were always two to four ounces.  And like I

14    said, the 52-ounce transaction only happened one time.  It

15    was just a one-time thing.

16         Q.   Okay.  So were you suspicious of that deal when a

17    person who normally gets a quarter pound from you asks for

18    that much?

19         A.   No.  I wasn't suspicious of it, no.

20         Q.   So you filled it without any problem, without any

21    hesitation?

22         A.   I don't know about any hesitation.  I mean, I

23    worry about a lot of things, but I mean I decided to go

24    through with it, but I only did it one time.  It never

25    happened four times.
```

1      Q.   All right.  So you had that 52 ounces on hand; is

2   that right?

3      A.   Sir?

4      Q.   You had that 52 ounces on hand?

5      A.   Actually, I had to go get it.  I didn't usually

6   have that amount, but I had to go get it.

7      Q.   And who were you getting it from?

8      A.   I'm not willing to disclose that at this time.

9      Q.   So you don't have a name?

10     A.   No.

11     Q.   You do have a name?

12     A.   My name?

13     Q.   No.  You know who you are getting these 52 ounces

14   from?

15     A.   Yes.

16     Q.   But you're not going to tell us?

17     A.   No.

18     Q.   Why aren't you telling us?

19     A.   Because I believe in, you know, I got caught and I

20   need to pay for my own mistakes.  I'm not going to make

21   somebody else pay for my mistakes.

22     Q.   Well, you are under oath, right?

23     A.   Yes, sir.

24     Q.   And you understand that?

25     A.   Yes.

1     Q.   And you are not going to tell us who you got your

2  drugs from?

3     A.   No.

4     Q.   All right.  How many different people did you get

5  drugs from?

6     A.   Just one person.

7     Q.   So you had one source that entire 10-month time?

8     A.   Yes.

9     Q.   And you got drugs from that person every time?

10     A.   Yes.

11     Q.   And what kind of quantities were you getting from

12  that person?

13     A.   Well, the first few months, when I started messing

14  with it, I was only getting like a quarter pound, four-ounce

15  quantities.  Like, I was getting -- I would get, like, eight

16  ounces, like, a month.  Eight-ounces a month starting off.

17  It was just a quarter pound every two weeks.

18     Q.   And so, those quarter pounds went all to

19  Miss Thompson?

20     A.   No.  I sold smaller stuff to other people.  Like

21  really small amounts to other people.

22     Q.   So you had other drug customers?

23     A.   Yes.

24     Q.   Like who?

25     A.   I don't know -- I don't know the names.  I'm not

1    going to give any names like that.  I'm not going to do

2    that.

3        Q.   So you are refusing --

4        A.   The issue here is the transaction that we are

5    talking about, the four transactions.

6        Q.   The issue here --

7             THE COURT:  Hold on.  Hold on.  Just answer the

8    question, please.

9             THE DEFENDANT:  Okay.  I'm sorry.

10   BY MR. SMITH:

11       Q.   The issue now is you telling the truth and it

12   seems like you're not.

13            So who were your other drug customers?

14       A.   I'm not at liberty to discuss that.  I'm not going

15   to include anybody else.

16       Q.   So you know the names, but you're not telling us;

17   is that right?

18            Yes or no?

19       A.   Yes.

20            MR. SMITH:  All right.  I have no further

21   questions, your Honor.

22            THE COURT:  Okay.  Any other witnesses?

23            MR. TERRY:  I have no further questions.

24            THE COURT:  Okay.  Very good.

25            After hearing the testimony, I find Agent Brian

1    Finney's testimony credible.  He and his colleagues have

2    corroborated, as he characterizes it, a lot of what this

3    informant has to say and has provided.

4              He also testified that it is his job and his

5    colleagues' job to include a screening or skeptical

6    evaluation of information provided to him, screening or

7    evaluating for any improper motives.  That's why it sounds

8    like he and his colleagues worked to corroborate this

9    information.

10             I also find that the defendant, of course, has a

11   motive to say these things.  He's looking at a heavy

12   sentence.  And it also is significant to me that he is

13   withholding information that is relevant to this hearing at

14   this hearing today, while under oath.

15             And so, on balance, after considering all of this

16   information, I find that the information contained in the

17   PSR is true and correct and reliable and should be

18   considered by me.

19             I also find that the defendant has falsely

20   provided false statements to these objections.  So I find

21   that he should not be entitled to acceptance of

22   responsibility.

23             I therefore determine that his total offense level

24   is 42; his Criminal History Category is IV; his guideline

25   imprisonment range is between 360 to 480 months; his fine

1    range is between $50,000 and $5 million.

2              Does the government wish to be heard on

3    sentencing?

4              MR. SMITH:  Your Honor, the government would just

5    point out that, based on the Court's finding, an adjustment

6    for obstruction of justice would also be appropriate.

7              I'm not sure that it makes a big difference on the

8    guidelines, but in any event, the government would ask the

9    Court to consider that.

10             THE COURT:  Okay.  All right.  I agree,

11   obstruction applies as well.  So his guideline range would

12   be, the total offense level would be 44, but his guideline

13   range would be life, but he's capped at 480 months under the

14   plea agreement, which I accept.  So thank you.  Yes?

15             MR. SMITH:  Yes, your Honor.  So with that being

16   said, the government would urge a guideline sentence.

17             THE COURT:  Yes.  Thank you.

18             Mr. Terry, I will turn the floor over to you.

19             MR. TERRY:  Very briefly, your Honor.  We would

20   request a below-the-guideline sentence of 240 months.

21             I understand that Mr. Mallory has made some

22   statements today.  I think they came in a very late hour

23   and, unfortunately, was influenced by an individual that

24   he's had contact with in the past 24 to 48 hours.  I

25   understand that he's nervous, he's upset, he was onboard

1   with this sentencing and his conduct.

2            I think things have went off the rail a little

3   bit.  We would ask the Court to consider not applying the

4   obstruction of justice just for -- just for the prima facie

5   look at things.  He is adamant in his objection.

6            We do have an ancillary, a secondary hearing after

7   this.  So we'd ask the Court to consider 240 months, as

8   opposed to the 360 to life or 480 months.

9            THE COURT:  Very good.  Thank you.

10            Mr. Mallory, do you wish to speak on your behalf?

11            Your counsel has provided to me a sentencing

12   memorandum immediately prior to this hearing, which I've

13   been able to skim through in advance of the hearing.

14            And so, I realize that, as your memorandum has

15   indicated, that you witnessed abuse in the past, that you've

16   had addiction issues, and you've made some requests in here

17   as well.  So I've reviewed that.

18            With that said, sir, do you wish to make any other

19   statement --

20            THE DEFENDANT:  Yes.  I wish to apologize to the

21   Court for any misunderstanding.  I'm not a bad guy.  I'm not

22   a big-time drug dealer.  I had a drug problem.

23            When I got out in April of '21, I got a good job

24   as a forklift driver.  I lost my job because of an accident

25   I had on the job.  And after that, everything kind of went

```
1    downhill.

2            I couldn't find a job.  I couldn't find a job, you

3    know, because of background checks.  I had a lot of problems

4    finding a job.  And that's what drove me to start selling

5    drugs again and supporting my habit.

6            I just want to say I'm not a big-time drug dealer.

7    I just support my habit.  I didn't have a bunch of money.

8    You know what I'm saying?  I was only involved with it for a

9    10-month period.

10           And like I said, I wanted to work.  I wanted to

11   work, but I just couldn't find a job.  And then that just

12   led me to go back doing what I did before, but I just needed

13   some help.

14           And that's all I have to say.  I just ask that

15   God's will be done, and I apologize to the Court.  That's

16   it.

17           THE COURT:  Okay.  Thank you, sir.

18           I will now state the sentence determined pursuant

19   to Title 18 U.S.C., Section 3553.  As I mentioned, I have

20   accepted the plea agreement.

21           It will be the judgment of the Court that the

22   defendant is committed to the custody of the Federal Bureau

23   of Prisons for a period of 480 months.

24           This sentence shall run consecutive to any future

25   sentence which may be imposed in Case No. 4:18-cr-54.
```

```
1                  I do not order a fine.

2                  I do order the mandatory special assessment of

3       $100.

4                  I also order that, upon your release, you be

5       placed on supervised release for a term of five years.

6                  While on release, you shall comply with the terms

7       of supervision set forth in Miscellaneous Order No. 64 and

8       as outlined in Part G of the presentence report.

9                  Is there any objection from the government to this

10      sentence?

11                 MR. SMITH:  No, your Honor.

12                 THE COURT:  From the defendant?

13                 MR. TERRY:  Object to the reasonableness, your

14      Honor.

15                 THE COURT:  Okay.  I will overrule that.  I

16      believe that, given the facts and circumstances of this

17      case, the defendant's circumstances, his Criminal History

18      Category of IV, his prior convictions, which include a

19      number of offenses that received zero criminal history

20      points, he also received, in addition to the zero criminal

21      history points, there are five prior arrests where he pled

22      guilty to the arrest, but further prosecution was barred

23      known as a plea and bar.

24                 After considering all of the defendant's

25      background, including the facts and circumstances of this
```

1   case, and balancing those with the information contained in

2   the sentencing memorandum, as well as his testimony here

3   today, and the obstruction that I found occurred, this is

4   the sentence that I believe is appropriate.

5         This is the sentence that provides for just

6   punishment, affords adequate deterrence, and will protect

7   the public from further crimes of the defendant.

8         And so, therefore, I determine that this sentence

9   is sufficient but not greater than necessary to comply with

10  the statutory purposes of sentencing.

11        Now, you have the right to appeal this sentence.

12  You also have the right to apply for leave to appeal in

13  forma pauperis, if you are unable to pay the cost of an

14  appeal.

15        And if you decide to appeal, your notice must be

16  filed within 14 days.  Please talk to your counsel on how

17  you wish to proceed in that regard.

18        Please follow your client's instructions on that

19  issue.

20        MR. TERRY:  Yes, Judge.

21        THE COURT:  So we are in recess on this case.

22        MR. SMITH:  Your Honor, if I may?

23        THE COURT:  Yes.

24        MR. SMITH:  The government moves to dismiss the

25  indictment filed on November 9, 2022, as to this defendant

1    only.

2              THE COURT:  Okay.  That will be granted.

3         (The proceedings concluded at 9:55 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                       REPORTER'S CERTIFICATE

3

4        I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that

5   the foregoing is a true and correct transcript from

6   the record of proceedings in the foregoing entitled

7   matter to the best of my ability to hear.

8        Further, due to the COVID-19 pandemic, some

9   participants are wearing masks, and/or appeared via

10  videoconferencing, so proceedings were transcribed to the

11  best of my ability.

12       I further certify that the transcript fees format

13  comply with those prescribed by the Court and the Judicial

14  Conference of the United States.

15       Signed this 23rd day of May, 2023.

16

17                      ___/s/ Zoie Williams_____
                        Zoie Williams, RMR, RDR, FCRR
18                         Official Court Reporter
                        Northern District of Texas
19                          Fort Worth Division

20  Business Address:    501 W. 10th Street, Room 532
                         Fort Worth, Texas 76102
21                       zwilliams.rmr@gmail.com
                         817.850.6630
22

23

24

25

AGENT FINNEY: **[2]** 9/11 17/14

MR. SMITH: **[14]** 8/5 8/11 8/14 9/1 9/6 12/19 17/12 17/15 25/20 27/4 27/15 30/11 31/22 31/24

MR. TERRY: **[14]** 4/15 4/18 5/1 5/4 5/22 17/10 17/19 17/23 18/3 21/15 25/23 27/19 30/13 31/20

THE COURT: **[39]**

THE COURTROOM DEPUTY: **[1]** 9/12

THE DEFENDANT: **[13]** 4/10 4/21 5/17 6/13 7/5 7/13 7/19 7/21 7/23 18/9 20/23 25/9 28/20

## $

$100 **[1]** 30/3
$5 **[1]** 27/1
$5 million **[1]** 27/1
$50,000 **[1]** 27/1

## '

'21 **[1]** 28/23
'22 **[1]** 21/21

## /

/s **[1]** 33/17

## 1

1,400-something **[1]** 19/25
1,460 grams **[1]** 20/1
10 **[4]** 20/10 21/5 21/8 21/22
10-month **[4]** 19/10 21/25 24/7 29/9
10-point-something **[1]** 7/15
100 **[2]** 12/6 12/7
10th **[2]** 2/3 33/20

11 **[4]** 6/14 8/3 8/4 8/19
115 **[1]** 1/21
13th **[1]** 13/6
14 **[1]** 31/16
14th **[1]** 13/6
15 **[2]** 19/8 19/12
1700 **[1]** 1/17
18 **[1]** 29/19
19 **[1]** 33/8

## 2

20 kilograms **[2]** 7/11 7/14
2022 **[4]** 10/6 11/25 21/20 31/25
2023 **[3]** 1/7 4/2 33/15
22 **[1]** 6/20
220-some-thousand **[1]** 7/16
220-something-thousand **[1]** 7/8
224 ounces **[1]** 6/16
23rd **[1]** 33/15
24 **[1]** 27/24
240 **[2]** 27/20 28/7

## 3

31 **[2]** 1/7 4/2
333 **[1]** 4/4
3553 **[1]** 29/19
360 **[2]** 26/25 28/8

## 4

4,900 **[1]** 21/3
4,900 grams **[1]** 21/3
42 **[1]** 26/24
44 **[1]** 27/12
48 **[1]** 27/24
480 **[4]** 26/25 27/13 28/8 29/23
4:18-cr-54 **[1]** 29/25
4:22-cr-00333-O-4 **[1]** 1/5
4:22-cr-333 **[1]** 4/4

## 5

501 **[2]** 2/3 33/20
52 **[6]** 6/17 10/21 11/15 11/18 13/10 13/19
52 ounces **[18]** 6/21 6/23 6/24 11/1 11/6 15/24 16/18 18/17 18/21 19/14 19/16 19/18 20/12 21/9 22/10 23/1 23/4 23/13
52-ounce **[2]** 11/22 22/14
523 **[1]** 2/3
532 **[1]** 33/20
54 **[1]** 29/25
56 **[3]** 19/15 20/13 21/13
56 ounces **[1]** 19/24
56-ounce **[3]** 6/15 8/20 11/11
5K **[1]** 15/7
5K1 **[1]** 14/16

## 6

6,000-something **[1]** 19/24
6,353 grams **[1]** 6/16
6,500 grams **[1]** 20/1
64 **[1]** 30/7

## 7

76102 **[4]** 1/18 1/21 2/3 33/20

## 8

80 **[1]** 19/10
801 **[1]** 1/17
817.252.5200 **[1]** 1/18
817.850.6630 **[2]** 2/4 33/21
817.882.9977 **[1]** 1/22

## 9

9-14-22 **[1]** 6/20
9:18 **[1]** 1/9
9:55 a.m **[1]** 32/3

**A**

ability [2]  33/7 33/11

able [6]  6/10 11/15 11/16 16/8 16/17 28/13

about [6]  6/19 7/5 10/3 22/22 22/23 25/5

above [1]  2/8

Absolutely [3]  15/12 17/8 17/9

abuse [1]  28/15

accept [1]  27/14

acceptance [1]  26/21

accepted [1]  29/20

accident [1]  28/24

accuracy [2]  8/3 8/24

accurate [1]  15/21

accurately [1]  17/1

actionable [2]  14/5 14/15

actual [2]  6/2 7/10

actually [3]  7/1 19/25 23/5

ad [1]  20/8

adamant [1]  28/5

addiction [1]  28/16

addition [1]  30/20

additional [1]  11/17

address [2]  4/21 33/20

adequate [1]  31/6

adjustment [1]  27/5

administered [1]  9/10

Administration [1]  9/19

advance [1]  28/13

advice [1]  18/4

affects [1]  14/17

affords [1]  31/6

after [7]  6/17 11/7 25/25 26/15 28/6 28/25 30/24

again [4]  11/7 13/15 20/3 29/5

against [1]  18/4

agent [11]  8/2 8/6 8/12 8/14 8/14 9/2 9/7 9/18 12/22 18/14 25/25

agents [1]  9/21

agree [2]  14/2 21/21

agreed [2]  16/24 17/1

agreement [4]  15/25 17/4 27/14 29/20

ahead [1]  6/11

all [20]  5/17 7/3 7/14 7/20 10/2 14/16 15/17 16/2 16/3 21/24 22/7 22/9 23/1 24/4 24/18 25/20 26/15 27/10 29/14 30/24

almost [1]  21/7

also [10]  5/21 12/11 26/4 26/10 26/12 26/19 27/6 30/4 30/20 31/12

always [2]  22/6 22/13

am [2]  9/18 9/23

AMERICA [1]  1/5

amount [6]  10/9 11/14 16/18 19/6 19/18 23/6

amounts [7]  7/18 19/2 19/3 19/3 19/4 19/5 24/21

analysis [1]  15/18

ancillary [1]  28/6

answer [2]  14/7 25/7

any [20]  13/9 13/18 16/18 17/21 18/16 18/24 19/17 21/16 22/7 22/20 22/20 22/22 25/1 25/22 26/7 27/8 28/18 28/21 29/24 30/9

anybody [1]  25/15

anything [2]  4/25 17/11

apartment [2]  10/13 16/9

apartments [1]  10/15

apologize [2]  28/20 29/15

apparently [2]  5/10 6/3

appeal [4]  31/11 31/12 31/14 31/15

appear [1]  8/23

appeared [1]  33/9

appears [2]  7/24 16/3

applies [1]  27/11

apply [1]  31/12

applying [1]  28/3

approach [1]  17/19

appropriate [2]  27/6 31/4

approximately [2]  12/1 19/8

April [1]  28/23

apt [1]  15/13

are [17]  4/11 6/7 9/21 14/19 15/5 15/7 15/20 20/5 23/13 23/22 24/1 25/3 25/4 30/21 31/13 31/21 33/9

area [1]  10/13

aren't [2]  6/6 23/18

Argument [1]  3/3

around [2]  12/9 21/21

arrest [7]  10/6 10/17 10/24 11/24 12/2 16/5 30/22

arrested [2]  13/5 21/19

arrests [1]  30/21

as [24]  4/20 6/11 6/11 7/24 8/2 9/4 10/2 10/24 12/12 14/12 15/16 20/5 26/2 27/11 28/7 28/14 28/17 28/24 29/19 30/8 30/23 31/2 31/2 31/25

ask [7]  8/1 13/13 13/15 27/8 28/3 28/7 29/14

asked [1]  10/19

asking [2]  13/14 20/21

asks [1]  22/17

assessment [1]  30/2

assigned [1]  9/19

ASSISTANT [1]  1/16

assuming [1]  5/14

at [13]  5/23 7/8 11/9 13/21 13/24 15/17 23/8 25/14 26/11 26/13 27/13 28/5 32/3

**A**

attempt [1] 14/12
attention [1] 5/8
attorney [4] 1/16 5/3 5/10 18/2
Attorney's [1] 14/17
attorneys [1] 17/18
aware [1] 10/14

**B**

back [5] 8/14 8/15 11/24 13/7 29/12
background [2] 29/3 30/25
bad [1] 28/21
balance [1] 26/15
balancing [1] 31/1
bar [1] 30/23
barred [1] 30/22
based [7] 5/18 11/14 15/1 16/8 16/21 20/5 27/5
Basically [1] 11/12
be [39]
because [10] 6/3 6/23 8/22 11/16 19/17 19/19 21/1 23/19 28/24 29/3
become [1] 10/14
been [8] 9/24 10/12 11/19 12/14 12/17 16/17 18/13 28/13
before [3] 1/12 4/24 29/12
behalf [1] 28/10
being [2] 15/21 27/15
believe [8] 11/6 11/9 13/6 16/6 20/17 23/19 30/16 31/4
believes [1] 6/2
below [1] 27/20
besides [1] 22/10
best [2] 33/7 33/11
better [1] 8/25
between [5] 5/2 17/17 18/1 26/25 27/1

**big [3]** 27/7 28/22 29/6
big-time [2] 28/22 29/6
bigger [1] 15/14
bit [4] 7/6 10/18 15/13 28/3
both [2] 7/13 13/8
Brad [9] 6/18 6/23 10/22 10/22 11/13 11/18 11/20 16/23 16/24
Bradley [1] 19/15
break [1] 11/16
Brian [4] 3/8 9/16 18/15 25/25
briefly [1] 27/19
brought [2] 7/25 11/7
bunch [1] 29/7
Bureau [1] 29/22
Business [1] 33/20
but [23] 6/9 6/18 7/7 11/4 12/7 15/2 15/16 15/22 16/3 16/14 22/11 22/23 22/24 23/6 23/16 25/16 27/8 27/12 27/13 29/11 29/12 30/22 31/9

**C**

calculated [1] 20/18
call [3] 4/4 9/7 17/22
came [4] 7/16 11/22 11/23 27/22
can [10] 4/21 6/8 8/6 9/3 10/4 10/5 14/8 14/12 15/1 17/3
can't [2] 15/7 22/11
capped [1] 27/13
carry [1] 22/5
case [13] 1/5 4/4 4/12 5/9 9/21 9/21 15/14 15/22 15/22 29/25 30/17 31/1 31/21
cash [2] 22/5 22/6
category [3] 16/19 26/24 30/18

**caught [1]** 23/19
cause [1] 2/8
cell [1] 15/19
CERTIFICATE [1] 33/2
Certificate...................
........33 [1] 3/23
certify [2] 33/4 33/12
chance [1] 5/20
changed [1] 10/15
characterizes [1] 26/2
charged [2] 7/14 7/16
checks [1] 29/3
Cherry [1] 1/17
circumstances [3] 30/16 30/17 30/25
clarify [4] 8/7 8/15 10/11 12/25
client [5] 4/17 5/4 6/24 17/24 18/3
client's [1] 31/18
colleagues [2] 26/1 26/8
colleagues' [1] 26/5
combined [1] 7/13
come [3] 5/8 10/11 21/5
comes [2] 16/1 21/2
coming [1] 5/25
committed [1] 29/22
compared [1] 19/24
completely [1] 19/11
comply [3] 30/6 31/9 33/13
computer [1] 2/9
computerized [1] 2/9
concluded [1] 32/3
conduct [1] 28/1
Conference [1] 33/14
consecutive [1] 29/24
consider [4] 4/12 27/9 28/3 28/7
considered [1] 26/18
considering [2] 26/15 30/24

**C**

contact [1] 27/24
contained [3] 8/4 26/16 31/1
continuance [2] 5/6 5/18
contradicts [1] 6/18
controlled [3] 7/7 7/21 21/4
convictions [1] 30/18
copy [3] 4/13 5/22 6/6
correct [14] 12/24 13/10 13/22 13/23 13/25 14/6 14/18 15/21 16/11 16/13 16/17 18/18 26/17 33/5
corroborate [2] 12/11 26/8
corroborated [3] 11/19 16/22 26/2
corroborates [1] 11/22
cost [1] 31/13
could [1] 16/19
couldn't [3] 29/2 29/2 29/11
counsel [5] 4/6 4/7 4/13 28/11 31/16
counsel's [1] 18/4
County [2] 10/7 16/6
course [1] 26/10
court [16] 1/1 1/12 2/2 2/2 3/15 4/22 18/5 18/14 27/9 28/3 28/7 28/21 29/15 29/21 33/13 33/18
Court's [2] 3/22 27/5
Court..........................
...29 [1] 3/20
courtroom [1] 9/24
COVID [1] 33/8
COVID-19 [1] 33/8
cr [3] 1/5 4/4 29/25
credible [8] 12/14 12/18 14/5 14/15 14/21 14/22 16/8 26/1
crimes [1] 31/7

criminal [4] 26/24 30/17 30/19 30/20
Cross [4] 3/10 3/14 12/20 21/17
Cross-Examination [4] 3/10 3/14 12/20 21/17
current [1] 9/17
currently [1] 9/19
custody [8] 11/7 12/17 12/23 13/21 15/24 15/25 16/9 29/22
customer [6] 10/22 11/13 11/15 11/18 11/21 11/23
customers [2] 24/24 25/13

**D**

date [2] 12/1 13/17
day [6] 6/1 10/19 11/24 12/5 16/7 33/15
days [2] 5/19 31/16
DEA [3] 6/20 7/25 8/8
deal [3] 10/25 14/6 22/16
dealer [2] 28/22 29/6
dealing [1] 21/20
decide [1] 31/15
decided [1] 22/23
decipher [1] 15/20
deem [1] 12/17
defendant [15] 1/9 1/20 4/7 5/3 8/19 14/22 15/1 18/2 18/8 26/10 26/19 29/22 30/12 31/7 31/25
defendant's [4] 3/11 14/18 30/17 30/24
Defendant...................
.........05 [1] 3/5
Defendant...................
.........28 [1] 3/19
defendants [2] 15/6 15/20
delivered [1] 19/6
Department [1] 10/8
departure [3] 14/16 14/21 17/6

determine [3] 9/3 26/23
determined [1] 29/18
deterrence [1] 31/6
did [21] 4/13 4/15 4/16 4/18 4/19 8/20 10/24 12/4 13/17 14/2 16/12 18/24 20/13 20/20 21/13 21/20 22/5 22/7 22/24 24/4 29/12
didn't [4] 5/19 13/13 23/5 29/7
difference [3] 20/2 20/14 27/7
different [2] 6/15 24/4
Direct [4] 3/9 3/13 9/13 18/11
disclose [1] 23/8
discuss [1] 25/14
discussed [1] 20/6
discussion [5] 5/2 9/25 17/17 18/1 18/14
dismiss [1] 31/24
Dismiss...................31
[1] 3/21
distributed [1] 6/17
DISTRICT [5] 1/1 1/2 1/12 1/17 33/18
DIVISION [2] 1/3 33/19
do [16] 4/24 7/22 8/1 9/11 15/3 17/21 19/18 22/10 22/10 23/11 25/1 28/6 28/10 28/18 30/1 30/2
document [1] 4/20
does [8] 8/22 14/20 14/23 14/23 15/3 15/8 15/16 27/2
doesn't [2] 15/15 19/17
doing [1] 29/12
don't [8] 8/5 8/6 11/2 12/6 22/22 23/9 24/25 24/25

**D**

done [4]  10/20 11/5 11/8 29/15

dope [4]  7/9 7/15 16/3 20/15

double [1]  21/5

down [1]  17/13

downhill [1]  29/1

downward [2]  14/21 17/6

drafted [1]  5/11

driver [1]  28/24

drop [1]  20/10

drops [1]  20/14

drove [1]  29/4

drug [14]  7/7 7/18 7/21 8/3 9/4 9/18 18/24 21/4 21/25 24/22 25/13 28/22 28/22 29/6

drugs [7]  21/22 22/3 22/7 24/2 24/5 24/9 29/5

due [1]  33/8

dumps [1]  15/19

during [1]  21/24

**E**

each [2]  6/17 19/16

early [1]  13/6

eight [2]  24/15 24/16

Eight-ounces [1]  24/16

either [2]  16/16 16/19

else [3]  17/11 23/21 25/15

embellish [1]  15/14

Enforcement [1]  9/18

entire [1]  24/7

entitled [2]  26/21 33/6

Erath [2]  10/6 16/5

essentially [1]  10/25

evaluating [1]  26/7

evaluation [1]  26/6

even [1]  19/17

evening [1]  5/12

event [2]  8/18 27/8

events [1]  12/12

ever [5]  6/21 18/24 22/9 22/9 22/12

every [4]  7/10 7/11 24/9 24/17

everything [1]  28/25

evidence [1]  15/18

Examination [8]  3/9 3/10 3/13 3/14 9/13 12/20 18/11 21/17

exist [1]  15/15

exists [1]  9/3

explain [1]  10/4

expound [1]  14/8

**F**

facie [1]  28/4

fact [4]  5/18 16/8 16/21 21/1

facts [2]  30/16 30/25

fair [1]  15/10

false [1]  26/20

falsely [1]  26/19

favor [3]  20/9 21/1 21/8

FCI [1]  6/3

FCRR [3]  2/2 33/4 33/17

federal [7]  2/2 11/7 13/21 15/11 15/24 17/2 29/22

fees [1]  33/12

few [1]  24/13

filed [5]  5/5 5/9 14/17 31/16 31/25

filled [1]  22/20

find [8]  25/25 26/10 26/16 26/19 26/20 29/2 29/2 29/11

finding [2]  27/5 29/4

fine [2]  26/25 30/1

Finney [6]  3/8 8/15 9/7 9/16 12/22 18/15

Finney's [1]  26/1

first [6]  5/17 8/8 11/2 12/23 21/20 24/13

five [2]  30/5 30/21

floor [1]  29/16

follow [1]  31/18

following [3]  10/6 13/7 16/5

foregoing [2]  33/5 33/6

forklift [1]  28/24

forma [1]  31/13

format [1]  33/12

FORT [9]  1/3 1/6 1/18 1/21 2/3 9/19 11/10 33/19 33/20

forth [1]  30/7

found [2]  10/8 31/3

four [23]  5/19 6/14 6/25 7/1 11/1 11/10 11/16 11/17 12/9 19/4 19/13 19/15 19/18 19/23 20/13 20/18 20/20 21/13 22/12 22/13 22/25 24/14 25/5

four-ounce [2]  19/4 24/14

frame [2]  21/24 21/25

friendly [1]  6/3

front [3]  18/15 22/5 22/7

further [8]  14/13 17/3 25/20 25/23 30/22 31/7 33/8 33/12

future [1]  29/24

**G**

gave [4]  12/24 22/3 22/9 22/12

get [10]  11/15 11/16 14/5 15/10 16/9 20/20 23/5 23/6 24/4 24/15

gets [1]  22/17

getting [5]  23/7 23/13 24/11 24/14 24/15

ghost [4]  7/9 7/15 16/3 20/15

give [2]  14/5 25/1

given [2]  15/6 30/16

gmail.com [2]  2/4 33/21

# G

**go [5]** 6/11 22/23 23/5 23/6 29/12
**God's [1]** 29/15
**going [6]** 23/16 23/20 24/1 25/1 25/1 25/14
**gone [1]** 10/21
**good [4]** 18/10 25/24 28/9 28/23
**got [9]** 5/18 5/22 7/7 11/1 23/19 24/1 24/9 28/23 28/23
**government [14]** 1/6 1/16 4/6 4/19 7/25 9/6 15/11 17/2 27/2 27/4 27/8 27/16 30/9 31/24
**Government's [2]** 3/7 3/21
**gram [2]** 7/10 7/11
**grams [9]** 6/16 7/8 12/6 12/7 19/24 19/25 20/1 20/1 21/3
**granted [1]** 32/2
**greater [1]** 31/9
**guess [1]** 18/4
**guideline [5]** 26/24 27/11 27/12 27/16 27/20
**guidelines [2]** 20/5 27/8
**guilty [1]** 30/22
**guy [1]** 28/21

# H

**habit [2]** 29/5 29/7
**had [34]**
**hand [4]** 9/8 18/7 23/1 23/4
**happen [3]** 15/16 19/20 20/13
**happened [8]** 6/25 16/4 20/12 20/16 20/16 21/14 22/14 22/25
**has [25]** 5/8 5/11 5/11 5/12 6/1 7/25 8/23 11/19

11/20 12/14 12/17 16/7 16/16 17/24 17/24 17/24 18/3 26/3 26/3 26/10 26/19 27/21 28/11 28/14
**have [34]**
**haven't [1]** 16/15
**having [2]** 6/4 16/19
**he [24]** 4/24 5/12 5/13 5/20 6/1 6/2 6/24 6/24 6/24 11/20 11/21 17/1 18/3 21/8 26/1 26/2 26/4 26/8 26/12 26/21 27/25 28/5 30/20 30/21
**he's [9]** 5/10 5/10 5/22 6/7 26/11 27/13 27/24 27/25 27/25
**hear [3]** 8/25 9/24 33/7
**heard [1]** 27/2
**hearing [7]** 15/6 25/25 26/13 26/14 28/6 28/12 28/13
**Heather [9]** 6/14 6/18 11/23 13/2 15/23 18/17 18/21 18/25 19/7
**heavy [1]** 26/11
**help [2]** 20/19 29/13
**helping [1]** 15/11
**Henderson [1]** 1/21
**her [35]**
**here [11]** 4/6 4/7 4/11 8/2 8/23 15/2 16/4 25/4 25/6 28/16 31/2
**herself [2]** 11/1 11/17
**hesitant [1]** 10/18
**hesitation [2]** 22/21 22/22
**him [4]** 4/24 16/9 18/5 26/6
**his [23]** 5/3 5/8 5/22 11/13 11/18 11/23 16/3 18/2 26/1 26/4 26/4 26/8 26/23 26/24 26/24 26/25 27/11 27/12 28/1 28/5

30/17 30/18 31/2
**history [4]** 26/7 30/17 30/19 30/21
**Hold [4]** 4/23 4/23 25/7 25/7
**Honor [21]** 4/15 4/18 4/21 5/1 5/4 8/5 9/6 12/19 17/10 17/12 17/15 17/19 18/3 21/15 25/21 27/4 27/15 27/19 30/11 30/14 31/22
**HONORABLE [1]** 1/12
**hope [1]** 15/10
**hopes [1]** 17/6
**hour [1]** 27/22
**hours [3]** 5/23 6/8 27/24
**how [5]** 11/6 12/4 12/7 24/4 31/16
**however [2]** 6/8 8/6
**huge [2]** 20/1 20/14

# I

**I'd [1]** 21/21
**I'm [25]** 5/13 7/5 7/5 7/6 7/6 7/23 13/14 13/17 16/16 20/9 20/11 20/21 21/9 23/8 23/20 24/25 25/1 25/9 25/14 25/14 27/7 28/21 28/21 29/6 29/8
**I've [2]** 28/12 28/17
**identified [1]** 11/20
**if [14]** 7/24 8/2 14/4 14/14 14/20 14/22 15/10 15/20 20/9 21/1 21/8 31/13 31/15 31/22
**immediately [1]** 28/12
**imposed [1]** 29/25
**imprisonment [1]** 26/25
**improper [1]** 26/7
**in [66]**
**include [3]** 25/15 26/5 30/18
**including [1]** 30/25

## I

incriminate [1] 14/11

Index.........................

................34 [1] 3/24

indicate [1] 13/18

indicated [7] 10/21 11/9 13/9 18/3 18/16 20/4 28/15

indicating [1] 15/23

indictment [1] 31/25

individual [2] 16/22 27/23

influenced [1] 27/23

informant [1] 26/3

information [24] 6/1 8/4 9/3 10/3 10/5 11/19 12/15 14/11 14/13 15/17 15/19 15/20 16/7 16/10 16/12 16/15 16/22 17/2 26/6 26/9 26/13 26/16 26/16 31/1

instance [1] 7/2

instructions [1] 31/18

intelligence [1] 14/15

interactions [1] 18/25

interview [2] 6/20 8/19

interviewed [3] 12/16 16/5 16/21

interviews [4] 8/11 11/8 11/20 17/5

into [6] 11/7 12/23 13/21 15/24 16/9 19/23

investigation [2] 4/14 17/3

investigations [1] 14/13

investigators [2] 14/12 15/17

involved [2] 16/23 29/8

is [53]

issue [5] 8/24 25/4 25/6 25/11 31/19

issues [1] 28/16

it [69]

it's [9] 7/7 12/25 13/12

14/20 14/22 15/10 15/16 15/17 19/20

IV [2] 26/24 30/18

## J

January [3] 21/21 21/21 21/23

job [10] 15/16 26/4 26/5 28/23 28/24 28/25 29/2 29/2 29/4 29/11

JUDGE [5] 1/12 17/14 17/23 21/1 31/20

judgment [1] 29/21

Judicial [1] 33/13

just [26] 5/12 5/18 5/18 5/20 8/16 12/25 16/16 17/15 19/20 19/21 19/21 20/4 22/15 24/6 24/17 25/7 27/4 28/4 28/4 29/6 29/7 29/11 29/11 29/12 29/14 31/5

justice [2] 27/6 28/4

## K

keep [1] 11/17

kilograms [5] 7/10 7/11 7/14 20/18 20/20

kilos [8] 7/15 20/10 20/10 20/15 20/22 21/6 21/7 21/8

kind [4] 12/11 16/3 24/11 28/25

knew [1] 10/12

know [14] 5/19 11/2 14/16 19/4 20/11 20/14 22/22 23/13 23/19 24/25 24/25 25/16 29/3 29/8

knowledge [1] 5/11

known [1] 30/23

## L

large [1] 10/9

largest [2] 10/20 11/5

last [1] 5/12

late [2] 13/5 27/22

later [4] 10/10 10/23 13/21 15/24

LAW [1] 1/20

lawyer [3] 6/7 6/9 7/6

lay [1] 15/14

least [1] 11/10

leave [1] 31/12

led [1] 29/12

legal [2] 5/11 5/24

length [1] 5/23

less [1] 14/21

Let [1] 8/22

level [4] 20/5 20/17 26/23 27/12

liberty [1] 25/14

lie [1] 18/18

life [2] 27/13 28/8

like [22] 5/4 5/13 5/15 13/13 17/22 17/24 19/4 19/4 19/10 19/19 19/20 22/13 24/14 24/15 24/15 24/16 24/20 24/24 25/1 25/12 26/8 29/10

Listen [1] 15/1

little [3] 7/6 10/18 28/2

locate [1] 16/8

lockbox [1] 12/8

long [1] 6/9

look [2] 15/17 28/5

looking [1] 26/11

lost [1] 28/24

lot [8] 16/2 16/6 16/10 16/16 19/3 22/23 26/2 29/3

## M

ma'am [1] 18/9

made [7] 8/7 13/8 16/6 18/16 18/16 27/21 28/16

magically [1] 15/25

make [3] 19/17 23/20

# M

make... [1] 28/18
makes [2] 20/1 27/7
MALLORY [18] 1/8 3/12
4/5 4/10 8/23 10/4 10/14
10/20 11/1 11/14 12/12
13/10 13/17 13/19 16/1
18/13 27/21 28/10
Mallory's [3] 10/13 15/22
16/9
mandatory [1] 30/2
manner [1] 14/11
many [2] 15/5 24/4
MARCEL [8] 1/8 3/12 4/5
4/10 10/13 11/23 13/10
13/19
MARCH [2] 1/7 4/2
masks [1] 33/9
matter [1] 33/7
may [10] 5/9 6/11 6/11
17/13 17/15 17/19 17/23
29/25 31/22 33/15
maybe [3] 5/10 19/8 19/13
me [16] 6/12 6/15 6/21
7/8 7/14 7/16 8/22 8/23
20/11 20/16 20/19 26/12
26/18 28/11 29/4 29/12
mean [7] 5/20 5/21 6/5
14/23 21/7 22/22 22/23
measured [1] 7/9
meet [2] 6/7 13/25
meets [1] 16/1
memorandum [3] 28/12
28/14 31/2
mentioned [1] 29/19
messed [1] 21/22
messing [1] 24/13
met [6] 5/10 5/10 12/22
19/8 19/10 19/12
meth [2] 6/16 6/21
methamphetamine [6] 10/9
10/21 12/4 12/8 18/21

20/18
middling [1] 15/25
million [1] 27/1
minute [1] 17/15
Miranda [1] 10/18
Miscellaneous [1] 30/7
misnomer [1] 16/2
Miss [9] 8/16 8/17 10/3
12/14 12/22 13/2 13/17
21/19 24/19
Miss Mallory [1] 13/17
Miss Thompson [7] 8/16
8/17 10/3 12/14 13/2 21/19
24/19
mistakes [2] 23/20 23/21
misunderstanding [1] 28/21
moment [1] 5/1
Monday [1] 5/19
money [4] 11/12 11/14 22/3
29/7
monitoring [1] 10/12
month [7] 19/10 21/22
21/25 24/7 24/16 24/16
29/9
months [8] 21/22 24/13
26/25 27/13 27/20 28/7
28/8 29/23
more [8] 8/9 11/8 12/19
13/9 13/18 15/13 15/23
16/2
morning [2] 10/10 13/7
most [3] 6/21 22/9 22/12
motion [4] 3/21 5/5 5/7
14/16
motions [1] 5/12
motive [1] 26/11
motives [1] 26/7
move [1] 11/18
moves [1] 31/24
MR [10] 1/16 1/20 3/4 3/6
3/9 3/10 3/13 3/14 3/17
3/18

Mr. [17] 8/1 8/23 10/4
10/14 10/20 11/14 12/12
15/22 16/1 16/9 17/4 17/22
18/13 21/16 27/18 27/21
28/10
Mr. Mallory [10] 8/23
10/4 10/14 10/20 11/14
12/12 16/1 18/13 27/21
28/10
Mr. Mallory's [2] 15/22
16/9
Mr. Roberts [1] 17/4
Mr. Smith [2] 8/1 21/16
Mr. Terry [2] 17/22 27/18
Mrs. [3] 12/25 13/1 13/18
Mrs. Roberts [1] 12/25
Mrs. Thompson [2] 13/1
13/18
Ms. [2] 8/7 22/1
Ms. Thompson [2] 8/7
22/1
much [4] 7/17 12/4 12/7
22/18
multiple [8] 8/7 8/9 8/11
10/23 11/9 11/22 14/19
17/5
must [1] 31/15
my [18] 5/4 5/18 5/25
6/13 9/16 17/24 18/3 20/9
21/1 21/8 23/12 23/20
23/21 28/24 29/5 29/7
33/7 33/11

# N

name [6] 4/8 9/15 9/16
23/9 23/11 23/12
names [3] 24/25 25/1
25/16
narcotics [1] 10/11
nature [1] 14/4
nauseam [1] 20/8
nearly [1] 7/17
necessary [2] 8/6 31/9

# N

need [3] 6/9 20/3 23/20
needed [3] 6/24 6/24
29/12
nervous [2] 7/6 27/25
never [6] 13/9 13/18 20/16
20/16 21/14 22/24
new [1] 16/9
next [1] 10/10
night [1] 13/7
no [26] 1/5 4/4 5/24 5/24
12/19 13/12 14/7 14/7
14/23 14/23 16/21 17/12
22/8 22/19 22/19 23/10
23/13 23/17 24/3 24/20
25/18 25/20 25/23 29/25
30/7 30/11
nobody [3] 19/18 19/19
19/19
none [1] 16/14
normally [1] 22/17
North [1] 1/21
NORTHERN [3] 1/2 1/17
33/18
not [39]
noted [1] 5/24
notice [1] 31/15
November [1] 31/25
November 9 [1] 31/25
now [7] 4/4 6/2 8/23 15/6
25/11 29/18 31/11
number [3] 20/3 20/3
30/19
numbered [1] 2/8
numerous [1] 16/1

# O

O'CONNOR [1] 1/12
oath [4] 9/10 18/5 23/22
26/14
Object [1] 30/13
objection [3] 5/21 28/5

30/9
objection... [12] 3/3 5/9
5/13 5/15 5/24 5/24 6/3
6/12 7/4 7/22 11/4 26/20
objections...............25
[1] 3/15
obstruction [4] 27/6 27/11
28/4 31/3
obviously [3] 10/17 11/4
18/13
occasion [5] 6/22 13/11
13/24 18/23 18/24
Occasionally [1] 15/5
occasions [4] 6/15 10/23
11/9 16/1
occupation [1] 9/17
occurred [2] 7/2 31/3
October [1] 21/23
off [10] 5/2 17/17 17/20
18/1 20/10 20/15 21/5 21/7
24/16 28/2
offense [4] 20/5 20/17
26/23 27/12
offenses [1] 30/19
office [4] 1/20 9/20 10/7
14/17
Official [1] 33/18
okay [36]
on [53]
onboard [1] 27/25
once [1] 12/22
one [24] 4/23 5/1 5/6
6/22 6/25 7/1 8/8 8/9
8/20 9/21 15/9 17/23
18/23 18/23 19/14 19/21
19/21 20/12 21/10 22/14
22/15 22/24 24/6 24/7
one-time [3] 19/21 19/21
22/15
only [14] 5/19 6/21 6/25
7/1 19/12 19/25 20/12 21/9
21/22 22/14 22/24 24/14

29/8 32/1
Go [1] 4/3
opposed [1] 28/8
or [16] 5/10 6/2 6/8 6/16
9/4 13/6 13/12 14/21 15/14
17/6 22/5 25/18 26/5 26/6
28/8 33/9
order [4] 30/1 30/2 30/4
30/7
other [12] 5/9 7/4 7/22
15/20 16/22 18/17 24/20
24/21 24/22 25/13 25/22
28/18
others [2] 8/15 8/16
ounce [7] 6/15 8/20 11/11
11/22 19/4 22/14 24/14
ounces [34]
our [2] 14/13 15/16
out [7] 7/16 15/14 16/11
16/12 21/7 27/5 28/23
outlined [1] 30/8
over [7] 5/12 5/23 12/6
12/7 16/18 19/10 27/18
overheard [1] 18/14
overrule [1] 30/15
own [3] 6/10 6/19 23/20

# P

page [2] 6/13 8/4
paid [1] 22/3
pandemic [1] 33/8
paragraph [4] 6/14 8/3
8/4 8/18
part [2] 10/24 30/8
participants [1] 33/9
participated [1] 17/5
particular [3] 8/18 8/19
19/9
pass [2] 17/10 21/15
past [3] 6/1 27/24 28/15
pauperis [1] 31/13
pay [3] 23/20 23/21 31/13
people [3] 24/4 24/20

**P**

people... **[1]**  24/21
people's **[1]**  15/19
period **[4]**  19/10 21/22
29/9 29/23
person **[4]**  22/17 24/6
24/9 24/12
personally **[1]**  13/25
phone **[3]**  10/12 15/18
15/18
phones **[1]**  15/19
physical **[2]**  5/22 6/6
picked **[1]**  11/10
ping **[1]**  10/12
place **[1]**  18/5
placed **[4]**  12/23 13/21
15/24 30/5
places **[1]**  16/2
plea **[3]**  27/14 29/20
30/23
please **[10]**  4/9 4/22 9/9
9/15 13/15 18/7 18/19 25/8
31/16 31/18
pled **[1]**  30/21
point **[4]**  7/15 13/22 13/24
27/5
points **[2]**  30/20 30/21
Police **[1]**  10/7
possession **[1]**  10/9
possible **[1]**  16/18
post **[2]**  10/17 10/24
post-arrest **[2]**  10/17
10/24
pound **[4]**  22/12 22/17
24/14 24/17
pounds **[1]**  24/18
prescribed **[1]**  33/13
present **[3]**  5/16 18/13
18/15
presentence **[2]**  4/13 30/8
price **[1]**  11/16
prima **[1]**  28/4

prior **[3]**  28/12 30/18
30/21
prison **[1]**  6/11
Prisons **[1]**  29/23
problem **[2]**  22/20 28/22
problems **[1]**  29/3
proceed **[1]**  31/17
proceedings **[3]**  32/3 33/6
33/10
produced **[1]**  2/9
proffer **[11]**  8/11 11/19
14/2 14/4 14/10 15/2 15/6
15/25 16/24 17/4 17/5
proffered **[1]**  14/20
prosecution **[1]**  30/22
protect **[1]**  31/6
prove **[1]**  16/17
proved **[1]**  16/19
proven **[2]**  16/7 16/16
provide **[3]**  14/10 16/12
17/2
provided **[9]**  10/3 10/5
11/12 16/11 16/15 26/3
26/6 26/20 28/11
provides **[1]**  31/5
PSR **[14]**  5/18 5/21 5/23
5/24 6/4 6/6 6/7 6/10
6/10 6/13 6/25 16/3 19/14
26/17
public **[1]**  31/7
punishment **[1]**  31/6
purchased **[3]**  6/15 13/9
13/18
purpose **[1]**  14/10
purposes **[1]**  31/10
pursuant **[1]**  29/18
pursue **[1]**  5/13
putting **[2]**  20/11 20/15

**Q**

quantities **[6]**  6/15 11/11
11/21 19/13 24/11 24/15
quarter **[5]**  22/12 22/17

24/14 24/17 24/18
question **[5]**  12/13 13/14
14/7 18/19 25/8
questions **[6]**  12/19 14/19
18/14 21/16 25/21 25/23

**R**

rail **[1]**  28/2
raise **[2]**  9/8 18/7
raised **[1]**  8/23
range **[4]**  26/25 27/1 27/11
27/13
RDR **[3]**  2/2 33/4 33/17
read **[1]**  12/23
realize **[1]**  28/14
really **[4]**  5/20 6/5 22/11
24/21
reason **[2]**  5/6 10/15
reasonableness **[1]**  30/13
reasons **[1]**  5/6
recall **[2]**  22/10 22/11
receive **[5]**  4/13 4/19 15/1
15/19 16/25
received **[4]**  6/1 6/21
30/19 30/20
receiving **[2]**  11/21 15/7
recently **[1]**  10/14
recess **[1]**  31/21
record **[6]**  4/8 5/2 17/17
17/20 18/1 33/6
reduced **[3]**  20/22 20/23
20/25
reduction **[3]**  15/1 15/10
17/6
REED **[1]**  1/12
referencing **[1]**  8/20
refusing **[1]**  25/3
regard **[1]**  31/17
regarding **[1]**  5/5
relates **[3]**  9/4 10/2 12/12
relation **[1]**  8/18
relationship **[1]**  22/1
release **[3]**  30/4 30/5

**R**

release… **[1]** 30/6
relevant **[1]** 26/13
reliable **[4]** 9/4 12/14
12/17 26/17
remember **[1]** 12/7
renew **[1]** 5/5
Repeat **[1]** 18/19
report **[3]** 4/14 19/9 30/8
reported **[1]** 2/8
REPORTER **[3]** 2/2 2/2
33/18
Reporter's **[2]** 3/23 33/2
request **[2]** 5/5 27/20
requests **[1]** 28/16
required **[1]** 8/8
responsibility **[1]** 26/22
result **[2]** 14/15 14/21
results **[1]** 14/14
review **[3]** 4/16 5/20 6/8
reviewed **[2]** 5/23 28/17
ridiculous **[1]** 19/11
right **[22]** 6/5 6/5 7/3
7/20 9/22 10/2 12/1 12/15
18/15 21/24 22/1 22/7
22/9 23/1 23/2 23/22
24/4 25/17 25/20 27/10
31/11 31/12
rightly **[1]** 22/11
rights **[1]** 12/24
RMR **[3]** 2/2 33/4 33/17
Roberts **[11]** 6/18 6/23
10/22 11/13 11/20 12/22
12/25 16/23 16/24 17/4
19/16
Room **[2]** 2/3 33/20
ruled **[2]** 20/9 21/8
rules **[1]** 21/1
Ruling **[1]** 3/15
Ruling…………………………
…………**31 [1]** 3/22
run **[1]** 29/24

**S**

said **[11]** 8/20 11/2 11/5
13/11 19/9 19/15 21/25
22/14 27/16 28/18 29/10
SAMUEL **[2]** 1/20 1/20
say **[12]** 8/9 10/25 15/5
15/7 16/3 16/10 16/14
21/21 26/3 26/11 29/6
29/14
saying **[7]** 16/14 16/16
20/9 20/12 21/6 21/9 29/8
says **[1]** 4/24
screening **[2]** 26/5 26/6
sealed **[1]** 5/7
second **[3]** 4/23 5/8 17/23
secondary **[1]** 28/6
Section **[1]** 29/19
see **[1]** 8/13
seems **[1]** 25/12
sell **[2]** 19/19 21/13
selling **[1]** 29/4
sells **[1]** 19/19
sense **[1]** 19/17
sentence **[15]** 3/20 14/22
15/11 17/7 26/12 27/16
27/20 29/18 29/24 29/25
30/10 31/4 31/5 31/8 31/11
sentencing **[10]** 1/11 3/16
4/12 5/6 14/18 27/3 28/1
28/11 31/2 31/10
September **[4]** 10/6 11/25
13/5 21/19
September 2022 **[1]** 11/25
set **[1]** 30/7
several **[4]** 5/11 5/12 8/15
12/16
shall **[2]** 29/24 30/6
SHAWN **[1]** 1/16
she **[51]**
she's **[3]** 20/11 20/15 21/6
Sheriff's **[1]** 10/7
should **[5]** 20/17 20/21

20/22 26/17 26/21
show **[1]** 6/9
sic **[1]** 12/22
side **[1]** 5/25
sidebar **[1]** 17/20
signed **[2]** 17/4 33/15
significant **[1]** 26/12
since **[1]** 12/16
sir **[11]** 4/8 4/11 4/22 9/8
9/12 22/2 22/4 23/3
23/23 28/18 29/17
sitting **[2]** 8/23 18/15
situation **[1]** 15/9
six **[6]** 20/10 20/14 20/22
20/23 20/25 21/7
six kilos **[2]** 20/10 21/7
skeptical **[1]** 26/5
skim **[1]** 28/13
small **[2]** 19/13 24/21
smaller **[4]** 19/3 19/3 19/4
24/20
SMITH **[3]** 1/16 8/1 21/16
Smith………………………
………**07 [1]** 3/6
Smith………………………
………**27 [1]** 3/17
Smith…………………**21**
**[1]** 3/14
Smith………………**09**
**[1]** 3/9
so **[48]**
sold **[6]** 18/21 19/25 21/6
21/8 21/9 24/20
some **[12]** 5/11 6/1 6/2
7/16 8/15 9/24 13/21 16/15
27/21 28/16 29/13 33/8
somebody **[1]** 23/21
Somehow **[1]** 6/25
someone **[1]** 5/11
something **[5]** 7/8 7/15
19/24 19/25 20/16
sometimes **[1]** 15/14

**S**

sorry [4]  7/6 7/23 13/17 25/9
sort [1]  16/2
sounds [2]  8/2 26/7
source [2]  12/15 24/7
speak [2]  17/24 28/10
speaking [1]  10/15
special [2]  9/18 30/2
specific [1]  15/2
specifically [6]  5/23 8/2 10/2 10/11 10/19 12/7
spend [1]  6/8
spoke [2]  10/10 13/7
start [2]  21/20 29/4
started [1]  24/13
starting [1]  24/16
state [3]  4/8 9/15 29/18
stated [3]  5/7 6/20 11/6
statement [14]  6/19 10/17 10/24 12/24 13/8 14/2 14/4 14/10 14/20 15/23 16/6 18/16 18/16 28/19
statements [6]  3/16 8/7 8/10 15/7 26/20 27/22
states [8]  1/1 1/5 1/12 2/2 4/5 6/14 14/17 33/14
statutory [1]  31/10
stenography [1]  2/9
step [1]  17/13
Stephenville [1]  10/7
still [1]  10/18
stop [2]  8/22 10/8
stopped [1]  10/8
Street [4]  1/17 1/21 2/3 33/20
stuff [1]  24/20
styled [1]  2/8
subtract [2]  21/2 21/3
such [1]  19/18
sufficient [1]  31/9
Suite [1]  1/17

supervised [1]  30/5
supervision [1]  30/7
support [1]  29/7
supporting [1]  29/5
supposed [5]  6/6 6/9 7/9 7/11 7/17
sure [3]  7/5 18/20 27/7
suspicious [2]  22/16 22/19
sworn [3]  9/9 18/7 18/8

**T**

take [4]  6/10 14/12 15/17 21/7
talk [3]  4/24 10/19 31/16
talked [1]  13/6
talking [1]  25/5
Telephone [2]  1/18 1/22
tell [3]  6/12 23/16 24/1
telling [3]  23/18 25/11 25/16
ten [1]  21/22
ten-month [1]  21/22
tended [1]  12/11
term [1]  30/5
terms [1]  30/6
TERRY [4]  1/20 1/20 17/22 27/18
Terry........................
.........05 [1]  3/4
Terry........................
.........27 [1]  3/18
Terry..................12 [1]  3/10
Terry..................18 [1]  3/13
testified [1]  26/4
testify [3]  7/25 8/2 18/4
testimony [6]  8/6 9/2 14/5 25/25 26/1 31/2
TEXAS [9]  1/2 1/6 1/17 1/18 1/21 2/3 9/19 33/18 33/20
than [6]  13/10 13/19 15/14

15/23 18/17 31/9
Thank [8]  7/11 7/12 13/4 17/14 27/14 27/17 28/9 29/17
that [163]
that's [12]  7/23 11/6 13/3 19/14 19/24 20/11 20/14 21/9 26/7 29/4 29/14 29/15
their [1]  15/11
them [1]  7/13
then [13]  7/10 7/14 11/1 13/24 14/5 15/20 15/24 15/25 19/15 20/10 21/2 21/4 29/11
there [11]  5/8 5/13 8/22 11/9 14/19 14/19 15/5 16/14 19/13 30/9 30/21
therefore [3]  15/13 26/23 31/8
these [7]  4/19 6/19 11/4 16/23 23/13 26/11 26/20
they [9]  7/13 7/15 15/10 15/13 19/3 19/12 20/9 22/13 27/22
They're [1]  19/23
thing [2]  19/21 22/15
things [5]  8/16 22/23 26/11 28/2 28/5
think [10]  5/12 8/5 8/6 8/24 9/3 15/10 22/10 22/11 27/22 28/2
this [32]  4/19 5/9 5/12 7/5 8/9 8/18 9/21 15/6 15/22 19/9 20/10 20/12 21/9 23/8 26/2 26/8 26/13 26/14 26/15 28/1 28/7 28/12 29/24 30/9 30/16 30/25 31/3 31/5 31/8 31/11 31/21 31/25 33/15
Thompson [18]  6/14 8/7 8/16 8/17 10/3 12/14 13/1

**T**

Thompson... **[11]** 13/2 13/2 13/18 15/23 18/17 18/22 18/25 19/7 21/19 22/1 24/19

Thompson's **[1]** 6/19

thorough **[1]** 11/8

those **[6]** 9/4 11/21 19/2 24/18 31/1 33/13

thousand **[2]** 7/8 7/16

through **[2]** 22/24 28/13

time **[21]** 6/25 8/9 11/2 12/23 18/23 19/14 19/16 19/21 19/21 20/12 21/10 21/24 21/25 22/14 22/15 22/24 23/8 24/7 24/9 28/22 29/6

times **[11]** 8/15 12/16 13/8 19/8 19/10 19/12 19/15 19/19 20/13 21/13 22/25

times'd **[1]** 7/1

Title **[1]** 29/19

today **[3]** 26/14 27/22 31/3

together **[1]** 7/14

told **[3]** 15/21 16/7 16/17

took **[3]** 11/12 11/13 19/16

top **[1]** 11/15

total **[5]** 6/16 19/6 19/8 26/23 27/12

traffic **[1]** 10/8

transaction **[7]** 6/17 8/21 10/20 11/5 19/22 22/14 25/4

transactions **[7]** 6/19 8/3 9/5 11/22 16/23 19/23 25/5

transcribed **[1]** 33/10

transcript **[3]** 1/11 33/5 33/12

traveled **[2]** 10/13 11/10

true **[4]** 15/21 16/7 26/17

33/5

truth **[1]** 25/11

truthful **[2]** 14/5 14/20

truthfully **[1]** 17/1

trying **[2]** 10/11 19/23

turn **[2]** 19/23 27/18

turned **[2]** 16/11 16/12

two **[9]** 5/6 5/23 6/2 6/8 7/10 19/4 19/13 22/13 24/17

two kilograms **[1]** 7/10

**U**

U.S **[1]** 1/16

U.S.C **[1]** 29/19

unable **[1]** 31/13

unaware **[1]** 11/4

under **[5]** 15/25 18/5 23/22 26/14 27/13

understand **[4]** 20/19 23/24 27/21 27/25

understood **[1]** 7/9

uneven **[1]** 19/18

unfortunately **[1]** 27/23

UNITED **[7]** 1/1 1/5 1/12 2/2 4/5 14/17 33/14

unreliable **[1]** 9/4

up **[3]** 11/10 16/1 19/12

upon **[2]** 14/8 30/4

upset **[1]** 27/25

urge **[1]** 27/16

us **[9]** 10/4 10/19 15/21 16/7 16/17 23/16 23/18 24/1 25/16

using **[1]** 20/18

usually **[7]** 14/14 14/21 14/23 15/3 15/8 15/9 23/5

**V**

vehicle **[1]** 12/8

version **[1]** 12/12

very **[7]** 13/5 15/2 18/10 25/24 27/19 27/22 28/9

via **[1]** 33/9

videoconferencing **[1]** 33/10

VOLUME **[1]** 1/11

**W**

waived **[1]** 10/18

want **[4]** 4/24 12/25 15/2 29/6

wanted **[5]** 5/17 6/23 11/15 29/10 29/10

wants **[1]** 18/4

warrants **[1]** 6/2

was **[50]**

wasn't **[1]** 22/19

way **[4]** 5/13 14/12 16/16 16/20

we **[30]** 4/11 4/15 5/5 5/22 10/10 10/12 10/14 10/15 12/16 13/6 14/12 14/16 15/2 15/18 15/19 15/20 15/22 16/2 16/3 16/8 16/15 16/17 16/21 20/3 20/5 25/4 27/19 28/3 28/6 31/21

we'd **[1]** 28/7

wearing **[1]** 33/9

weeks **[1]** 24/17

weight **[5]** 7/7 7/9 7/21 20/15 21/4

well **[11]** 4/20 5/17 10/24 13/13 15/9 17/1 23/22 24/13 27/11 28/17 31/2

went **[7]** 8/14 8/15 10/10 13/7 24/18 28/2 28/25

were **[14]** 5/9 5/24 10/15 11/8 11/9 16/8 19/3 19/12 22/13 22/16 23/7 24/11 25/13 33/10

what **[29]** 5/15 6/12 7/3 7/8 7/22 8/10 9/3 10/19 14/16 16/2 16/4 16/12 16/14 16/16 19/2 19/2 19/6

# W

**what… [12]** 20/3 20/9 20/11 20/21 21/2 21/9 22/9 24/11 26/2 29/4 29/8 29/12

**when [7]** 7/1 7/8 19/15 21/20 22/16 24/13 28/23

**where [8]** 6/20 10/11 11/8 11/10 11/20 19/9 20/20 30/21

**whether [1]** 15/18

**which [10]** 11/23 14/16 14/17 19/10 19/24 22/12 27/14 28/12 29/25 30/18

**while [2]** 26/14 30/6

**who [8]** 5/11 11/21 22/17 23/7 23/13 24/1 24/24 25/13

**who's [1]** 18/15

**why [3]** 19/14 23/18 26/7

**will [12]** 8/1 9/15 13/15 14/11 14/25 27/18 29/15 29/18 29/21 30/15 31/6 32/2

**WILLIAMS [4]** 2/2 33/4 33/17 33/17

**willing [1]** 23/8

**wish [5]** 27/2 28/10 28/18 28/20 31/17

**withholding [1]** 26/13

**within [1]** 31/16

**without [2]** 22/20 22/20

**witness [5]** 3/7 3/11 7/25 17/10 21/15

**witnessed [1]** 28/15

**witnesses [2]** 17/21 25/22

**Word [1]** 3/24

**work [2]** 29/10 29/11

**worked [1]** 26/8

**worry [1]** 22/23

**WORTH [9]** 1/3 1/6 1/18 1/21 2/3 9/19 11/10 33/19

33/20

**would [37]**

**wouldn't [1]** 19/20

**writer [1]** 7/1

# Y

**Yeah [2]** 7/19 20/7

**years [1]** 30/5

**yes [42]**

**you [104]**

**you what [1]** 20/21

**you're [4]** 6/9 23/16 25/12 25/16

**you've [4]** 9/24 18/13 28/15 28/16

**your [50]**

**yourself [1]** 14/11

# Z

**zero [2]** 30/19 30/20

**ZOIE [4]** 2/2 33/4 33/17 33/17

**zwilliams.rmr [2]** 2/4 33/21